UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BAYLEY'S CAMPGROUND, INC.,<br>Cumberland County, State of Maine<br>and<br>FKT RESORT MANAGEMENT, LLC,<br>*et al.*<br><br>         **Plaintiff**<br><br>v.<br><br>GOVERNOR JANET MILLS, in her<br>capacity as the Governor of State of<br>Maine<br><br>         **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action Docket No. _____**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MARYELLEN BOZZA

Pursuant to 28 U.S.C. § 1746, the undersigned, Maryellen Bozza, makes the following declaration under penalty of perjury under the laws of the United States of America, that facts contained herein are true and correct based upon my personal knowledge.

1.   My name is Maryellen Bozza and I am the owner and part-time manager of DMJ Parks, LLC d/b/a Little Ossipee Campground, located in Waterboro, Maine.

2.   My husband, David Bozza, is also a member of DMJ Parks, LLC and manager of the campground.

3.   Our campground has been impacted by the Governor's current Executive Order requiring any individual, including a Maine resident, who travels from another state to quarantine for a period of 14 days.

4. It is my understanding that quarantine requires a person to remain at home, not interact with others, and precludes, among other activities, engaging in commerce.

5. As a result of the Governor's quarantine order, 10 reservations for seasonal campsites have been canceled resulting in a loss of revenue for approximately $38,000.

6. Several out-of-state seasonal campers have not paid their seasonal fees, that are now past due, because of their uncertainty of whether they could come to Maine in view of the mandatory quarantine order.

7. Our revenue this year, as a result of seasonal out-of-state customers cancelling due to the 14-day quarantine order, is down $94,428.

8. We are a small family business and the quarantine requirement continues to have a dramatic negative impact on our revenues and our ability to earn an income.

9. The State has publicly notified businesses that the Executive Order can be enforced by criminal penalties or loss of license.

10. Our campground follows Maine CDC recommendations that relate to social distancing, handwashing, and limited gatherings for the safety of campers and ourselves.

11. To the best of my knowledge, there is no process available to challenge the 14-day quarantine requirement through an independent tribunal.  Nor is there an opportunity or right to be heard to present evidence and witnesses with respect to the 14-day quarantine period.

12. I fear prosecution or loss of license if out-of-state seasonal campers elect not to comply with the Governor's 14-day quarantine order.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Dated:   May 14, 2020 /s/ Maryellen Bozza
Maryellen Bozza