**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **BAYLEY'S CAMPGROUND, INC.,** | ) | |
| **Cumberland County, State of Maine** | ) | |
| **and** | ) | |
| **FKT RESORT MANAGEMENT, LLC,** | ) | |
| *et al.* | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil Action Docket No. _____** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **GOVERNOR JANET MILLS, in her** | ) | |
| **capacity as the Governor of State of** | ) | |
| **Maine** | ) | |
| | ) | |
| **Defendant** | ) | |

## DECLARATION OF JAMES E. BOISVERT

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

I, James E. Boisvert, being duly sworn, do depose and say as follows:

1. I am a resident of Maine living at 47 Evergreen Farm Road, Scarborough, Maine.

2. I make this affidavit based on my personal knowledge of the facts stated herein.

3. I am an employee of Bayley's Campground.

4. I also own a home in Venice, Florida.

5. On Monday, May 18, 2020, I am travelling to the Portsmouth International Airport in Portsmouth, New Hampshire. I will be flying on Allegiant Airways to Venice, Florida, returning to Maine May 29, 2020.

6.      I also have friends in New Hampshire I visit occasionally.  It is my understanding that any travel to New Hampshire would require a 14-day quarantine period upon my return to Maine.  Absent the 14-day quarantine requirement, I would temporarily travel to New Hampshire to associate with friends, visit businesses, and simply take trips through New Hampshire for a variety of purposes.

7.      It is my understanding that quarantine requires the person remain at home, not interact with others, and precludes, among other activities, engaging in commerce.

8.      I travel observing social distancing and CDC guidance and recommendations.

9.      Similarly, it is my understanding that upon returning to Maine May 29, 2020, a 14-day quarantine period will be required.

10.      The 14-day quarantine requirement is being actively enforced by law enforcement with the threat of criminal penalties.

11.      The Governor's Executive Order requiring quarantine does not provide due process for me to challenge or appeal any enforcement action taken against me if I elect not to quarantine upon my return to Maine.  I reasonably fear criminal prosecution if I do not abide by the 14-day quarantine period.

12.      There is no notice and no opportunity for an individual to be heard if ordered or required to be quarantined or prosecuted for failure to comply, and there is no right to appeal this determination.

13.      The 14-day quarantine is required regardless of whether: (i) any Plaintiff has contracted the disease; (ii) there is any particular assessment of the likelihood of contracting the disease from the activity in question; and (iii) any Plaintiffs took the CDC recommended safety precautions so as to make their contracting the disease unlikely.

14.     I have not displayed any symptoms of the COVID-19 disease and, to the best of my knowledge, I do not have the COVID-19 disease.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.


Dated:   May 15, 2020                          /s/ James E. Boisvert_____
                                               James E. Boisvert