United States District Court
District of Maine

| | |
|---|---|
| Bayley's Campground, Inc., d/b/a Bayley's Camping Resort; FKT Resort Management, LLC; FKT Bayley Limited Partnership; DMJ Parks, LLC, d/b/a Little Ossipee Campground, LLC;  Curtis Bonnell of Salem, NH; Dolores Humiston of Meredith, NH; James Boisvert of Scarborough, ME,<br><br>                   Plaintiffs<br><br>v.<br><br>Janet T. Mills, in her official capacity as the Governor of the State of Maine<br><br>                   Defendants | Civil Action No. 2:20-cv-176-LEW |

**DECLARATION OF KEITH P. RICHARD, ESQ.**

Pursuant to 28 U.S.C. § 1746, the undersigned, KEITH P. RICHARD, makes the following declaration under penalty of perjury under the laws of the United States of America, that facts contained herein are true and correct based upon my personal knowledge.

1.     My name is Keith P. Richard. I am an associate attorney with the law firm Libby O'Brien Kingsley & Champion, LLC.

2.     Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of Executive Order 19 FY 19/20.

3.     Attached hereto as <u>Exhibit 2</u> is a true and accurate copy of Executive Order 34 FY 19/20.

4.     Attached hereto as <u>Exhibit 3</u> is a true and accurate copy of Executive Order 49 FY 19/20.

5.     Attached hereto as <u>Exhibit 4</u> is a true and accurate copy of the May 14, 2020 version of the Restarting Plan.

6.     Attached hereto as <u>Exhibit 5</u> is the Maine CDC's 2019 Coronavirus (COVID-19) Frequently Asked Questions.

7.     I have personally watched several videoconferences in which Commissioner Heather Johnson has discussed the Executive Orders and Restarting Plan. My understanding of her statements of interpretative guidance are as follows:

a.   The 14-day quarantine requirement is interpreted strictly.

b.   Quarantine requires the individual to remain at home, to refrain from leaving home to gather necessary such as groceries, not interact with others, and precludes, among other activities, engaging in commerce.

c.   The requirement applies to all border crossings, including de minimis crossings by Mainers in "border towns" that cross back and forth daily for work, activities, and to engage in commerce.

d.   For example, an individual that crosses from Maine into New Hampshire to visit a business there, and immediately returns to Maine must self-quarantine upon return.

e.   Commissioner Johnson has alluded to alternatives to quarantine requirements, including testing, although to date none have materialized.

8.     Upon information and belief, including my review of publicly available information on New Hampshire's website, New Hampshire does not have a requirement that travelers to New Hampshire must self-quarantine.

9.      I have reviewed the website for the Maine Centers for Disease Control, which indicates that Maine has met the criteria for a moderate level of community transmission of COVID-19. As of May 15, 2020, Maine CDC reported 1,603 total cases of COVID-19 in Maine, which includes 798 cases in Cumberland County, and 281 cases in York County.

10.     As of May 13, Maine CDC has conducted 33,035 tests.

11.     I have observed numerous press conferences organized by the Maine CDC concerning COVID-19. In those press conferences, it is frequently emphasized that the numbers reported by Maine CDC is likely an underrepresentation of the total number of cases in Maine.

12.     The following is an excerpt from Maine CDC's website on May 15, 2020:

*On March 25, 2020, Maine met U.S. CDC's criteria for a Moderate level of community transmission for coronavirus disease 2019 (COVID-19). Maine's testing capacity is inhibited by the limited national supply of laboratory materials. Therefore, consistent with U.S. CDC guidelines, Maine is now creating a prioritization system to test individuals in high-risk categories.*

*To preserve Maine's specimen collection and testing supplies for patients who may develop severe COVID-19 illness over the coming months, effective immediately, Maine Health and Environmental Testing Laboratory (HETL) will prioritize testing to high-risk individuals and will only accept specimens for testing from symptomatic individuals who have fever or respiratory symptoms and who fall into one of the following high-risk categories:*

*Tier 1:*
- *Those who are hospitalized*
- *Health care workers*
- *First responders (e.g., EMS Police, Fire)*
- *Patients living in congregate setting (e.g., LTCFs, group homes, assisted living facilities, jails, shelters)*

*Tier 2:*
- *Patients older than 60 years*
- *Patients with underlying medical conditions*

Available at  https://www.maine.gov/dhhs/mecdc/infectious-

disease/epi/airborne/coronavirus.shtml

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Dated:   May 15, 2020                                    /s/ Keith P. Richard
                                                         Keith P. Richard, Esq.



**OFFICE OF
THE GOVERNOR**

NO. 19 FY 19/20

DATE March 24, 2020

## AN ORDER REGARDING ESSENTIAL BUSINESSES AND OPERATIONS

**WHEREAS**, I proclaimed a state of emergency on March 15, 2020 to authorize the use of emergency powers in order to expand and expedite the State's response to the serious health and safety risks of COVID-19; and

**WHEREAS**, Executive Order No. 14 FY 19/20 dated March 18, 2020 restricted certain social gatherings and certain use of restaurants and bars, and strongly recommended use of social distancing to reduce the transmission of COVID-19, which is highly contagious; and

**WHEREAS**, the Maine Center for Disease Control and Prevention advises that additional social distancing measures are warranted to slow the spread of this life-threatening virus in order to save lives and improve the ability of the health care system to respond; and

**WHEREAS**, a governor's emergency powers expressly include the authorities to:

a.   Control the movement of persons and occupancy of premises within the State pursuant to 37-B M.R.S. §742(1)(C)(8);

b.   Enlist the aid of any person to assist in the effort to control the emergency and aid in the caring for the safety of persons pursuant to 37-B M.R.S. §742(1)(C)(5) and 37-B M.R.S. §827;

c.   Utilize all available resources of the State as reasonably necessary to cope with the emergency pursuant to 37-B M.R.S. §742(1)(C)(2); and

d.   Take whatever action is necessary to mitigate a danger that may exist within the State pursuant to 37-B M.R.S. §742(1)(C)(12);

**NOW, THEREFORE,** I, Janet T. Mills, Governor of the State of Maine, pursuant to 37-B M.R.S. Ch. 13, including but not limited to the provisions referenced above, do hereby Order as follows:

## I.    EFFECTIVE DATE

This Order takes effect at 12:01 AM on March 25, 2020 and terminates at 12:00 AM on April 8, 2020 unless amended, rescinded or renewed.

EXHIBIT 1 TO KPR DEC.

## II.    ORDERS

### A.    BUSINESSES AND OPERATIONS COVERED BY THIS ORDER

For purposes of this Order, covered businesses include any for-profit, non-profit, or entities, regardless of the nature of the service, the function it performs, or its corporate or entity structure and their operations.

### B.    ACTIVITIES OF ESSENTIAL BUSINESSES AND OPERATIONS

All Essential Businesses and Operations shall continue their activities consistent with the guidance on social distancing set for the below.  For purposes of this Order, Essential Businesses and Operations are those:

1.    Identified by the United States Department of Homeland Security, Cybersecurity & Infrastructure Security Agency Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response dated March 19, 2020.  A copy thereof is attached and incorporated herein by this reference; and

2.    In addition or for clarity here in Maine, include the following: food processing and agriculture; fishing and aquaculture; industrial manufacturing; construction and maintenance of essential infrastructure; trash collection and transfer stations; grocery and household goods (including convenience stores); forest products; essential home repair, hardware and auto repair; pharmacy and other medical, psychiatric, and long-term care facilities; group homes and residential treatment facilities; biomedical, life science, behavioral health, health care, dental care, and long-term services and supports providers and organizations; child care providers; post offices and shipping outlets; banks and credit unions;  gas stations and laundromats; veterinary clinics, animal welfare and animal feed and supply stores; truck delivery and distribution of goods; public transportation; legal, business, professional, environmental permitting and insurance services; hotel and commercial lodging; and all utilities such as electricity, water, wastewater, and telecommunications.

Essential Businesses and Operations shall to maximum extent practicable have their employees work remotely and otherwise comply with social distancing requirements set forth below, including maintaining six-foot social distancing for both employees and members of the public at all times, including but not limited to, when customers are standing in line.

As urged in Maine Center for Disease Control and Prevention guidance on March 15, 2020, non-urgent medical and dental procedures, elective surgeries, and appointments should be postponed based on consultations between individuals and providers; the use of telehealth and telephone consultation is strongly encouraged.

2

EXHIBIT 1 TO KPR DEC.

### C.    ACTIVITIES OF NON-ESSENTIAL BUSINESS AND OPERATIONS

All Non-Essential Businesses and Operations must cease activities at sites that are public facing and thereby allow customer, vendor or other in-person contact; or are at sites that require more than 10 workers to convene in space where social distancing is not possible. Non-Essential Businesses and Operations may continue those activities that:

1.    do not allow customer, vendor or other visitor in-person contact;

2.    do not require more than 10 workers to convene in space where social distancing is not possible; and

3.    are facilitated to the maximum extent practicable by employees working remotely.

Such permitted activities may include taking orders by phone, email or other remote means and preparing such orders by delivery; maintaining the value of the business's inventory; preserving the condition of the business's physical plant and equipment; ensuring security; and processing payroll, employee benefits and related functions.

For clarity, Non-Essential Business and Operations include, but are not limited to, shopping malls, theaters, casinos, fitness and exercise gyms, spas, barber shops, hair salons, tattoo and piercing parlors, parlors, massage facilities, nail technicians, cosmetologists and estheticians, electrolysis services, laser hair removal services, and similar personal care and treatment facilities and services.

### D.    SOCIAL DISTANCING REQUIREMENTS FOR ALL BUSINESSES

Businesses covered by this Order, especially "big box" stores that attract more people, shall make all best efforts to implement and actively enforce social distancing requirements in and around their facilities including but not limited to:

1.    Designate with signage, tape, or by other means six-foot spacing for employees and customers in line to maintain appropriate distance;

2.    Have hand sanitizer and sanitizing products readily available for employees and customers;

3.    Implement separate operating hours for elderly and vulnerable customers; and

4.    Post online whether a facility is open and how best to reach the facility and continue services by phone or remotely.

### III.    EXECUTIVE 14 FY 19/20 CONTINUED

Executive 14 FY 19/20 dated March 18, 2020, restricting certain gatherings of more than 10 people and closure of certain services by restaurants and bars is hereby renewed and extended to apply until April 8, 2020 unless otherwise directed.

EXHIBIT 1 TO KPR DEC.

## IV.   INTERPRETATION

The Department of Economic and Community Development is designated as the lead agency for addressing questions regarding the interpretation and application of this Order.

## V.   ENFORCEMENT

This Order may be enforced by any governmental department or official that regulates licenses, permits or any other authorization to operate a business or occupy a building.  A violation of this Order may be construed a violation of any such license, permit and other authorization to which pertinent penalties may be assessed.  This Order may also pursuant to 37-B M.R.S. Section 786 be enforced by law enforcement if necessary.

Janet T. Mills
Governor

4

EXHIBIT 1 TO KPR DEC.

U.S. Department of Homeland Security
Cybersecurity & Infrastructure Security Agency
*Office of the Director*
Washington, DC 20528



March 19, 2020

## MEMORANDUM ON IDENTIFICATION OF ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS DURING COVID-19 RESPONSE

FROM:       Christopher C. Krebs
              Director
              Cybersecurity and Infrastructure Security Agency (CISA)

As the Nation comes together to slow the spread of COVID-19, on March 16th, the President issued updated Coronavirus Guidance for America. This guidance states that:

> *"If you work in a critical infrastructure industry, as defined by the Department of Homeland Security, such as healthcare services and pharmaceutical and food supply, you have a special responsibility to maintain your normal work schedule."*

The Cybersecurity and Infrastructure Security Agency (CISA) executes the Secretary of Homeland Security's responsibilities as assigned under the Homeland Security Act of 2002 to provide strategic guidance, promote a national unity of effort, and coordinate the overall federal effort to ensure the security and resilience of the Nation's critical infrastructure. CISA uses trusted partnerships with both the public and private sectors to deliver infrastructure resilience assistance and guidance to a broad range of partners.

In accordance with this mandate, and in collaboration with other federal agencies and the private sector, CISA developed an initial list of "Essential Critical Infrastructure Workers" to help State and local officials as they work to protect their communities, while ensuring continuity of functions critical to public health and safety, as well as economic and national security. The list can also inform critical infrastructure community decision-making to determine the sectors, sub-sectors, segments, or critical functions that should continue normal operations, appropriately modified to account for Centers for Disease Control (CDC) workforce and customer protection guidance.

The attached list identifies workers who conduct a range of operations and services that are essential to continued critical infrastructure viability, including staffing operations centers, maintaining and repairing critical infrastructure, operating call centers, working construction, and performing management functions, among others. The industries they support represent, but are not necessarily limited to, medical and healthcare, telecommunications, information technology systems, defense, food and agriculture, transportation and logistics, energy, water and wastewater, law enforcement, and public works.

EXHIBIT 1 TO KPR DEC.

We recognize that State, local, tribal, and territorial governments are ultimately in charge of implementing and executing response activities in communities under their jurisdiction, while the Federal Government is in a supporting role. As State and local communities consider COVID-19-related restrictions, CISA is offering this list to assist prioritizing activities related to continuity of operations and incident response, including the appropriate movement of critical infrastructure workers within and between jurisdictions.

**Accordingly, this list is advisory in nature. It is not, nor should it be considered to be, a federal directive or standard in and of itself.**

In addition, these identified sectors and workers are not intended to be the authoritative or exhaustive list of critical infrastructure sectors and functions that should continue during the COVID-19 response. Instead, State and local officials should use their own judgment in using their authorities and issuing implementation directives and guidance. Similarly, critical infrastructure industry partners will use their own judgment, informed by this list, to ensure continued operations of critical infrastructure services and functions. All decisions should appropriately balance public safety while ensuring the continued delivery of critical infrastructure services and functions.

CISA will continue to work with you and our partners in the critical infrastructure community to update this list as the Nation's response to COVID-19 evolves. We also encourage you to submit how you might use this list so that we can develop a repository of use cases for broad sharing across the country.

Should you have questions about this list, please contact CISA at CISA.CAT@cisa.dhs.gov.

**Attachment:** "Guidance on the Essential Critical Infrastructure Workforce: Ensuring Community and National Resilience in COVID-19 Response"

EXHIBIT 1 TO KPR DEC.

**Essential Critical Infrastructure Workforce**

## HEALTHCARE / PUBLIC HEALTH

- Workers providing COVID-19 testing; Workers that perform critical clinical research needed for COVID-19 response
- Caregivers (e.g., physicians, dentists, psychologists, mid-level practitioners, nurses and assistants, infection control and quality assurance personnel, pharmacists, physical and occupational therapists and assistants, social workers, speech pathologists and diagnostic and therapeutic technicians and technologists)
- Hospital and laboratory personnel (including accounting, administrative, admitting and discharge, engineering, epidemiological, source plasma and blood donation, food service, housekeeping, medical records, information technology and operational technology, nutritionists, sanitarians, respiratory therapists, etc.)
- Workers in other medical facilities (including Ambulatory Health and Surgical, Blood Banks, Clinics, Community Mental Health, Comprehensive Outpatient rehabilitation, End Stage Renal Disease, Health Departments, Home Health care, Hospices, Hospitals, Long Term Care, Organ Pharmacies, Procurement Organizations, Psychiatric Residential, Rural Health Clinics and Federally Qualified Health Centers)
- Manufacturers, technicians, logistics and warehouse operators, and distributors of medical equipment, personal protective equipment (PPE), medical gases, pharmaceuticals, blood and blood products, vaccines, testing materials, laboratory supplies, cleaning, sanitizing, disinfecting or sterilization supplies, and tissue and paper towel products
- Public health / community health workers, including those who compile, model, analyze and communicate public health information
- Blood and plasma donors and the employees of the organizations that operate and manage related activities
- Workers that manage health plans, billing, and health information, who cannot practically work remotely
- Workers who conduct community-based public health functions, conducting epidemiologic surveillance, compiling, analyzing and communicating public health information, who cannot practically work remotely
- Workers performing cybersecurity functions at healthcare and public health facilities, who cannot practically work remotely
- Workers conducting research critical to COVID-19 response
- Workers performing security, incident management, and emergency operations functions at or on behalf of healthcare entities including healthcare coalitions, who cannot practically work remotely
- Workers who support food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals, such as those residing in shelters
- Pharmacy employees necessary for filling prescriptions
- Workers performing mortuary services, including funeral homes, crematoriums, and cemetery workers
- Workers who coordinate with other organizations to ensure the proper recovery, handling, identification, transportation, tracking, storage, and disposal of human remains and personal effects; certify cause of death; and facilitate access to mental/behavioral health services to the family members, responders, and survivors of an incident

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.

**Essential Critical Infrastructure Workforce**

## LAW ENFORCEMENT, PUBLIC SAFETY, FIRST RESPONDERS

- Personnel in emergency management, law enforcement, Emergency Management Systems, fire, and corrections, including front line and management
- Emergency Medical Technicians
- 911 call center employees
- Fusion Center employees
- Hazardous material responders from government and the private sector.
- Workers – including contracted vendors – who maintain digital systems infrastructure supporting law enforcement and emergency service operations.

## FOOD AND AGRICULTURE

- Workers supporting groceries, pharmacies and other retail that sells food and beverage products
- Restaurant carry-out and quick serve food operations - Carry-out and delivery food employees
- Food manufacturer employees and their supplier employees—to include those employed in food processing (packers, meat processing, cheese plants, milk plants, produce, etc.) facilities; livestock, poultry, seafood slaughter facilities; pet and animal feed processing facilities; human food facilities producing by-products for animal food; beverage production facilities; and the production of food packaging
- Farm workers to include those employed in animal food, feed, and ingredient production, packaging, and distribution; manufacturing, packaging, and distribution of veterinary drugs; truck delivery and transport; farm and fishery labor needed to produce our food supply domestically
- Farm workers and support service workers to include those who field crops; commodity inspection; fuel ethanol facilities; storage facilities; and other agricultural inputs
- Employees and firms supporting food, feed, and beverage distribution, including warehouse workers, vendor-managed inventory controllers and blockchain managers
- Workers supporting the sanitation of all food manufacturing processes and operations from wholesale to retail
- Company cafeterias - in-plant cafeterias used to feed employees
- Workers in food testing labs in private industries and in institutions of higher education
- Workers essential for assistance programs and government payments
- Employees of companies engaged in the production of chemicals, medicines, vaccines, and other substances used by the food and agriculture industry, including pesticides, herbicides, fertilizers, minerals, enrichments, and other agricultural production aids
- Animal agriculture workers to include those employed in veterinary health; manufacturing and distribution of animal medical materials, animal vaccines, animal drugs, feed ingredients, feed, and bedding, etc.; transportation of live animals, animal medical materials; transportation of deceased animals for disposal; raising of animals for food; animal production operations; slaughter and packing plants and associated regulatory and government workforce
- Workers who support the manufacture and distribution of forest products, including, but not limited to timber, paper, and other wood products
- Employees engaged in the manufacture and maintenance of equipment and other infrastructure necessary to agricultural production and distribution

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.

**Essential Critical Infrastructure Workforce**

## ENERGY

**Electricity industry:**
- Workers who maintain, ensure, or restore the generation, transmission, and distribution of electric power, including call centers, utility workers, reliability engineers and fleet maintenance technicians
- Workers needed for safe and secure operations at nuclear generation
- Workers at generation, transmission, and electric blackstart facilities
- Workers at Reliability Coordinator (RC), Balancing Authorities (BA), and primary and backup Control Centers (CC), including but not limited to independent system operators, regional transmission organizations, and balancing authorities
- Mutual assistance personnel
- IT and OT technology staff – for EMS (Energy Management Systems) and Supervisory Control and Data Acquisition (SCADA) systems, and utility data centers; Cybersecurity engineers; cybersecurity risk management
- Vegetation management crews and traffic workers who support
- Environmental remediation/monitoring technicians
- Instrumentation, protection, and control technicians

**Petroleum workers:**
- Petroleum product storage, pipeline, marine transport, terminals, rail transport, road transport
- Crude oil storage facilities, pipeline, and marine transport
- Petroleum refinery facilities
- Petroleum security operations center employees and workers who support emergency response services
- Petroleum operations control rooms/centers
- Petroleum drilling, extraction, production, processing, refining, terminal operations, transporting, and retail for use as end-use fuels or feedstocks for chemical manufacturing
- Onshore and offshore operations for maintenance and emergency response
- Retail fuel centers such as gas stations and truck stops, and the distribution systems that support them

**Natural and propane gas workers:**
- Natural gas transmission and distribution pipelines, including compressor stations
- Underground storage of natural gas
- Natural gas processing plants, and those that deal with natural gas liquids
- Liquefied Natural Gas (LNG) facilities
- Natural gas security operations center, natural gas operations dispatch and control rooms/centers natural gas emergency response and customer emergencies, including natural gas leak calls
- Drilling, production, processing, refining, and transporting natural gas for use as end-use fuels, feedstocks for chemical manufacturing, or use in electricity generation
- Propane gas dispatch and control rooms and emergency response and customer emergencies, including propane leak calls
- Propane gas service maintenance and restoration, including call centers

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.

**Essential Critical Infrastructure Workforce**

- Processing, refining, and transporting natural liquids, including propane gas, for use as end-use fuels or feedstocks for chemical manufacturing
- Propane gas storage, transmission, and distribution centers

## WATER AND WASTEWATER

Employees needed to operate and maintain drinking water and wastewater/drainage infrastructure, including:
- Operational staff at water authorities
- Operational staff at community water systems
- Operational staff at wastewater treatment facilities
- Workers repairing water and wastewater conveyances and performing required sampling or monitoring
- Operational staff for water distribution and testing
- Operational staff at wastewater collection facilities
- Operational staff and technical support for SCADA Control systems
- Chemical disinfectant suppliers for wastewater and personnel protection
- Workers that maintain digital systems infrastructure supporting water and wastewater operations

## TRANSPORTATION AND LOGISTICS

- Employees supporting or enabling transportation functions, including dispatchers, maintenance and repair technicians, warehouse workers, truck stop and rest area workers, and workers that maintain and inspect infrastructure (including those that require cross-border travel)
- Employees of firms providing services that enable logistics operations, including cooling, storing, packaging, and distributing products for wholesale or retail sale or use.
- Mass transit workers
- Workers responsible for operating dispatching passenger, commuter and freight trains and maintaining rail infrastructure and equipment
- Maritime transportation workers - port workers, mariners, equipment operators
- Truck drivers who haul hazardous and waste materials to support critical infrastructure, capabilities, functions, and services
- Automotive repair and maintenance facilities
- Manufacturers and distributors (to include service centers and related operations) of packaging materials, pallets, crates, containers, and other supplies needed to support manufacturing, packaging staging and distribution operations
- Postal and shipping workers, to include private companies
- Employees who repair and maintain vehicles, aircraft, rail equipment, marine vessels, and the equipment and infrastructure that enables operations that encompass movement of cargo and passengers
- Air transportation employees, including air traffic controllers, ramp personnel, aviation security, and aviation management
- Workers who support the maintenance and operation of cargo by air transportation, including flight crews, maintenance, airport operations, and other on- and off- airport facilities workers

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.

**Essential Critical Infrastructure Workforce**

## PUBLIC WORKS

- Workers who support the operation, inspection, and maintenance of essential dams, locks and levees
- Workers who support the operation, inspection, and maintenance of essential public works facilities and operations, including bridges, water and sewer main breaks, fleet maintenance personnel, construction of critical or strategic infrastructure, traffic signal maintenance, emergency location services for buried utilities, maintenance of digital systems infrastructure supporting public works operations, and other emergent issues
- Workers such as plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences
- Support, such as road and line clearing, to ensure the availability of needed facilities, transportation, energy and communications
- Support to ensure the effective removal, storage, and disposal of residential and commercial solid waste and hazardous waste

## COMMUNICATIONS AND INFORMATION TECHNOLOGY

### Communications:

- Maintenance of communications infrastructure- including privately owned and maintained communication systems- supported by technicians, operators, call-centers, wireline and wireless providers, cable service providers, satellite operations, undersea cable landing stations, Internet Exchange Points, and manufacturers and distributors of communications equipment
- Workers who support radio, television, and media service, including, but not limited to front line news reporters, studio, and technicians for newsgathering and reporting
- Workers at Independent System Operators and Regional Transmission Organizations, and Network Operations staff, engineers and/or technicians to manage the network or operate facilities
- Engineers, technicians and associated personnel responsible for infrastructure construction and restoration, including contractors for construction and engineering of fiber optic cables
- Installation, maintenance and repair technicians that establish, support or repair service as needed
- Central office personnel to maintain and operate central office, data centers, and other network office facilities
- Customer service and support staff, including managed and professional services as well as remote providers of support to transitioning employees to set up and maintain home offices, who interface with customers to manage or support service environments and security issues, including payroll, billing, fraud, and troubleshooting
- Dispatchers involved with service repair and restoration

### Information Technology:

- Workers who support command centers, including, but not limited to Network Operations Command Center, Broadcast Operations Control Center and Security Operations Command Center
- Data center operators, including system administrators, HVAC & electrical engineers, security personnel, IT managers, data transfer solutions engineers, software and hardware engineers, and database administrators
- Client service centers, field engineers, and other technicians supporting critical infrastructure, as well as

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.

manufacturers and supply chain vendors that provide hardware and software, and information technology equipment (to include microelectronics and semiconductors) for critical infrastructure

- Workers responding to cyber incidents involving critical infrastructure, including medical facilities, SLTT governments and federal facilities, energy and utilities, and banks and financial institutions, and other critical infrastructure categories and personnel
- Workers supporting the provision of essential global, national and local infrastructure for computing services (incl. cloud computing services), business infrastructure, web-based services, and critical manufacturing
- Workers supporting communications systems and information technology used by law enforcement, public safety, medical, energy and other critical industries
- Support required for continuity of services, including janitorial/cleaning personnel

## OTHER COMMUNITY-BASED GOVERNMENT OPERATIONS AND ESSENTIAL FUNCTIONS

- Workers to ensure continuity of building functions
- Security staff to maintain building access control and physical security measures
- Elections personnel
- Federal, State, and Local, Tribal, and Territorial employees who support Mission Essential Functions and communications networks
- Trade Officials (FTA negotiators; international data flow administrators)
- Weather forecasters
- Workers that maintain digital systems infrastructure supporting other critical government operations
- Workers at operations centers necessary to maintain other essential functions
- Workers who support necessary credentialing, vetting and licensing operations for transportation workers
- Customs workers who are critical to facilitating trade in support of the national emergency response supply chain
- Educators supporting public and private K-12 schools, colleges, and universities for purposes of facilitating distance learning or performing other essential functions, if operating under rules for social distancing
- Hotel Workers where hotels are used for COVID-19 mitigation and containment measures

## CRITICAL MANUFACTURING

- Workers necessary for the manufacturing of materials and products needed for medical supply chains, transportation, energy, communications, food and agriculture, chemical manufacturing, nuclear facilities, the operation of dams, water and wastewater treatment, emergency services, and the defense industrial base.

## HAZARDOUS MATERIALS

- Workers at nuclear facilities, workers managing medical waste, workers managing waste from pharmaceuticals and medical material production, and workers at laboratories processing test kits
- Workers who support hazardous materials response and cleanup
- Workers who maintain digital systems infrastructure supporting hazardous materials management operations

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.

**Essential Critical Infrastructure Workforce**

## FINANCIAL SERVICES

- Workers who are needed to process and maintain systems for processing financial transactions and services (e.g., payment, clearing, and settlement; wholesale funding; insurance services; and capital markets activities)
- Workers who are needed to provide consumer access to banking and lending services, including ATMs, and to move currency and payments (e.g., armored cash carriers)
- Workers who support financial operations, such as those staffing data and security operations centers

## CHEMICAL

- Workers supporting the chemical and industrial gas supply chains, including workers at chemical manufacturing plants, workers in laboratories, workers at distribution facilities, workers who transport basic raw chemical materials to the producers of industrial and consumer goods, including hand sanitizers, food and food additives, pharmaceuticals, textiles, and paper products.
- Workers supporting the safe transportation of chemicals, including those supporting tank truck cleaning facilities and workers who manufacture packaging items
- Workers supporting the production of protective cleaning and medical solutions, personal protective equipment, and packaging that prevents the contamination of food, water, medicine, among others essential products
- Workers supporting the operation and maintenance of facilities (particularly those with high risk chemicals and/ or sites that cannot be shut down) whose work cannot be done remotely and requires the presence of highly trained personnel to ensure safe operations, including plant contract workers who provide inspections
- Workers who support the production and transportation of chlorine and alkali manufacturing, single-use plastics, and packaging that prevents the contamination or supports the continued manufacture of food, water, medicine, and other essential products, including glass container manufacturing

## DEFENSE INDUSTRIAL BASE

- Workers who support the essential services required to meet national security commitments to the federal government and U.S. Military. These individuals, include but are not limited to, aerospace; mechanical and software engineers, manufacturing/production workers; IT support; security staff; security personnel; intelligence support, aircraft and weapon system mechanics and maintainers
- Personnel working for companies, and their subcontractors, who perform under contract to the Department of Defense providing materials and services to the Department of Defense, and government-owned/contractor-operated and government-owned/government-operated facilities

**CONNECT WITH US**
www.cisa.gov

**For more information,**
email CISA.CAT@cisa.dhs.gov

 Linkedin.com/company/cybersecurity-and-infrastructure-security-agency

 @CISAgov | @cyber | @uscert_gov

 Facebook.com/CISA

EXHIBIT 1 TO KPR DEC.



OFFICE OF
THE GOVERNOR

NO. 34 FY 19/20

DATE April 3, 2020

## AN ORDER ESTABLISHING QUARANTINE RESTRICTIONS ON TRAVELERS ARRIVING IN MAINE

**WHEREAS**, I proclaimed a state of emergency on March 15, 2020 to authorize the use of emergency powers in order to expand and expedite the State's response to the serious health and safety risks of the highly contagious COVID-19; and

**WHEREAS**, Executive Order No. 14 FY 19/20 dated March 18, 2020 restricted certain social gatherings and certain use of restaurants and bars, and prohibited gatherings of more than ten people to reduce the transmission of COVID-19; and

**WHEREAS**, because of unhealthy crowds, the Maine Department of Agriculture, Conservation and Forestry has closed many state-owned beaches and other public venues; and

**WHEREAS**, many Maine residents and property owners are returning to Maine as the weather warms; and

**WHEREAS**, aggressive and sustained efforts are necessary to slow the spread of the COVID-19 virus and lessen the strain on Maine's health care system as the COVID-19 virus continues to spread and threatens to overwhelm the State's ability to respond; and

**WHEREAS**, due to extensive community transmission of COVID-19 in the states of New York, New Jersey and Connecticut, the U.S. Centers for Disease Control and prevention ("USCDC"), on March 28, 2020 advised residents of those states to refrain from non-essential domestic travel for 14 days, and the President of the United States and his Coronavirus Task Force have issued an advisory to limit travel between and among certain states, and several states have begun to impose quarantine and lodging restrictions in order to dissuade and limit such travel; and

**WHEREAS**, on March 31, 2020, I issued Executive Order 28 FY 19/20 directing all people to stay at home or their place of residence, leaving only for specified essential reasons; and

**WHEREAS**, Executive Order 19 FY 19/20, dated March 24, 2020, ordered the closure of for-profit, non-profit, and other entities, with an exception for Essential Businesses and Operations, including, inter alia, hotel and commercial lodging; and

**WHEREAS**, I have determined, in light of the significant risk posed by the further spread of this dangerous disease to the people of this State and to the viability of our health care system, there is

1

EXHIBIT 2 TO KPR DEC.

a need to direct residents and non-residents alike traveling from outside the State to self-monitor and home quarantine for a period of 14 days, and to restrict the operation of hotels and lodging to further effectuate that purpose; and

**WHEREAS**, a governor's emergency powers expressly include the authorities to:

a.  Control the ingress and egress of persons and occupancy of premises within the State pursuant to 37-B M.R.S. §742(1)(C)(8);

b.  Control the movement of persons and occupancy of premises within the State pursuant to 37-B M.R.S. §742(1)(C)(8);

c.  Enlist the aid of any person to assist in the effort to control the emergency and aid in the caring for the safety of persons pursuant to 37-B M.R.S. §742(1)(C)(5) and 37-B M.R.S. §827;

d.  Utilize all available resources of the State as reasonably necessary to cope with the emergency pursuant to 37-B M.R.S. §742(1)(C)(2); and

e.  Take whatever action is necessary to mitigate a danger that may exist within the State pursuant to 37-B M.R.S. §742(1)(C)(12);

**NOW, THEREFORE**, I, Janet T. Mills, Governor of the State of Maine, pursuant to 37-B M.R.S. Ch. 13, including but not limited to the provisions referenced above, do hereby Order as follows:

**I.    ORDERS**

1. To preserve the public health and safety, to ensure the public health and health delivery system are capable of serving all, and to help protect those at the highest risk and vulnerability, any person, resident or non-resident, traveling into Maine must immediately self-quarantine for 14 days or for the balance of 14 days dating from the day of arrival, except when engaging in essential services as defined in Executive Order 19FY 19/20.

2. The Department of Transportation and the Maine Turnpike Authority are hereby directed to post a summary of this Order at all major points of entry into Maine and on highway message boards. The Portland Jetport, the Bangor International Airport and all other Maine airports, all bus stations and passenger train stations are also directed to post the substance of this Order.

3. Guidance for self-quarantine may be made available by the Maine Center for Disease Control and Prevention.

4. Visitors are instructed not to travel to Maine if they are displaying symptoms of COVID-19, and are advised not to travel to Maine if they are travelling from cities and regions identified as COVID-19 "hot spots," including, among others, the cities of Detroit, Chicago and New York City. In addition, residents of the States of New York, New Jersey and Connecticut should refrain from travel to Maine in strict compliance with USCDC travel guidance issued Saturday, March 28, 2020 and any subsequent travel guidance that may be issued during the pendency of this Order.

EXHIBIT 2 TO KPR DEC.

5. For the purpose of clarifying Essential Services as defined in 19FY 19/20, effective April 5, 2020 at 12:00 noon, all lodging operations and accommodations shall close except to the extent of providing lodging for the purposes stated below.  Lodging operations and accommodations are defined to include, but not limited to, hotels, motels, bed and breakfasts, inns, short term rentals, such as those made available through VRBO, Homeaway, AirBnb and other services, parks for recreational vehicles and campgrounds, and all public and private camping facilities. Lodging may be provided only for the following purposes:

  a. Housing vulnerable populations, including children in emergency placements, persons at risk of domestic violence, and homeless individuals as permitted by the State.

  b. Providing accommodations for health care workers, or other workers deemed necessary to support public health, public safety or critical infrastructure.

  c. Use of lodging properties as self-quarantine or self-isolation facilities as arranged by the State.

  d. Limited verifiable extenuating circumstances for the care and safety of residents as otherwise approved by the State.

On-line reservations shall be suspended, and lodging providers shall post a prominent notice on their web platforms to advise potential guests that reservations for lodging in Maine, as allowed above, shall be accepted by phone only.

Lodging providers may permit existing guests to remain through the end of their scheduled stay but may not allow stay extensions or new reservations, except for the purposes set forth above.

6. All state agencies and departments, including the offices of elected officials in the Executive Branch, which register, regulate or license lodging facilities, shall provide an electronic advisory regarding the suspension of lodging operations, consistent with this Executive Order.

## II. IMPLEMENTATION

This Order is subject to amendment and additional guidance as necessary.

## III. ENFORCEMENT

Pursuant to 37-B M.R.S. sec. 786, this Order shall be enforced by law enforcement, as necessary, including through means of community policing. A violation of this Order may be charged as a Class E crime subject to a penalty of up to six months in jail and a $1,000 fine. In addition, this Order may be enforced by any governmental department or official that regulates, licenses, permits or any otherwise authorizes the operation or occupancy of buildings, parks and campgrounds. A violation of this Order may be construed to be a violation of any such license, permit or other authorization to which pertinent penalties may be assessed.

EXHIBIT 2 TO KPR DEC.

## IV.   EFFECTIVE DATE

Except as otherwise set forth herein, this Executive Order shall take effect upon signing and shall continue in full force and effect until at least April 30, 2020, at which time the Governor, in consultation with the Maine Department of Health and Human Services, the Maine Center for Disease Control and Prevention, the Department of Public Safety, and the Maine Emergency Management Agency, shall assess the emergency and determine whether to amend or extend this Order.


Janet T. Mills
Governor

4

EXHIBIT 2 TO KPR DEC.



*Executive Order*

| | | |
|---|---|---|
| Office of | No. | 49 FY 19/20 |
| The Governor | DATE | April 29, 2020 |

## AN ORDER TO STAY SAFER AT HOME

**WHEREAS**, I proclaimed a state of emergency on March 15, 2020 and a renewed state of emergency on April 14, 2020 to authorize the use of emergency powers in order to expand and expedite the State's response to the serious health and safety risks of the highly contagious COVID-19; and

**WHEREAS**, between March 18th and April 3rd I issued Executive Orders 14, 19, 28 and 34 FY 19/20 that, for the reasons and upon the authorities stated therein, imposed until April 30th certain emergency rules and limitations necessary to respond to COVID-19; and

**WHEREAS**, it is necessary to extend the effective dates of those Orders to continue to protect public health while, at the same time, implementing the *Together We Are Maine: Restarting Maine's Economy Plan (hereinafter Restarting Plan)*, as the deliberative process to identify how certain restrictions on businesses and activities can be safely and incrementally eased over time;

**NOW, THEREFORE,** I, Janet T. Mills, Governor of the State of Maine, pursuant to 37-B M.R.S. Ch. 13, including but not limited to the authorities cited in the Proclamations and Orders referenced above, do hereby Order as follows:

## I.    PURPOSE

The purposes of this Order are to continue to prioritize protection of public health and safety by keeping certain existing public safety measures for business and personal activities in effect through May 31, 2020 and to implement the *Restarting Plan* to assess how certain restrictions may, consistent with expert public health guidance, be safely eased to permit more economic and personal activity.

EXHIBIT 3 TO KPR DEC.

## II.    CONTINUED PRIORITY OF PUBLIC HEALTH

Protection of public health and our health care delivery system shall remain the first priority.  The Commissioner of the Department of Health and Human Services (DHHS) and the Director of the Maine Center for Disease Control and Prevention (CDC) shall continue to advise on COVID-19 trends and metrics to guide the timing, pace and scope of any easing of current restrictions.  Maine CDC currently tracks, subject to change, three primary metrics:

A.    a downward trajectory of reported influenza-like illnesses and COVID-like syndromic cases;

B.    a downward trajectory of documented cases and newly hospitalized patients; and

C.    the capacity of Maine's hospital systems to treat all patients without crisis care and the ability of the State to engage in a robust testing program.

## III.    EXISTING EXECUTIVE ORDERS EXTENDED

To continue to protect public health, the effective dates of Executive Orders 14, 19, 28 and 34 FY 19/20 are hereby extended through May 31, 2020 unless sooner amended.  All other provisions of such Orders remain in effect and subject to interpretive guidance.  Such guidance includes, but is not limited to, the implementation of the *Restarting Plan*, incorporated into this Order by this reference.

## IV.    STAGES OF THE RESTARTING PLAN

Starting May 1, 2020, and consistent with Maine CDC/DHHS tracking metrics and recommendations, the Commissioner of the Department of Economic and Community Development (DECD) shall implement the *Restarting Plan* and identify businesses and activities where current restrictions may be adjusted to safely allow for more economic and personal activity.  Businesses and activities so identified may receive a conditional approval consistent with the *Restarting Plan*.  Any such approval is subject to change depending upon the demonstrated efficacy of the conditions imposed or the changing or general needs of public health.  Any such approval is also subject to suspension or revocation depending upon actual and consistent compliance with such conditions.  DHHS shall issue guidance for DECD and others on the process for health services identified in the *Restarting Plan*.

## V.    CLOTH FACE COVERINGS

Consistent with guidance from the United States Centers for Disease Control and Prevention individuals must wear cloth face coverings in public settings where other physical distancing measures are difficult to maintain.

A.    **Definitions.**  For purposes of this section, the following terms have the following meanings.

EXHIBIT 3 TO KPR DEC.

1.   "Public settings" mean:

    a.   indoor spaces that are accessible to the public such as grocery stores, retail stores, pharmacies and health care facilities;

    b.   outdoor spaces such as playgrounds, busy parking lots, and other areas such as lines for take-out service where the public typically gathers in a smaller area; and

    c.   public transportation such as a taxi, Uber, Lyft, ride-sharing or similar service; ferry, bus, or train; and any semi-enclosed transit stop or waiting area.

Employers in settings that are not typically accessible to the public may determine the persons who should wear a cloth face covering at their workplace and shall permit any employee who wants to wear a covering to do so.

2.   "Individual" means any person in such settings irrespective of whether the person is an employee, customer, vendor, invitee or other.

3.   "Cloth Face Covering" is a protection that covers the nose and mouth; fits snugly but comfortably against the side of the face; is secured with ties or ear loops; has multiple layers of fabric; allows for breathing without restriction; and is able to be laundered and machine dried without damage or change to its shape.

**B.**    **Exceptions.** Cloth face coverings are not required for children under age 2, a child in a child care setting, or for anyone who has trouble breathing or related medical conditions, or who is otherwise unable to remove the mask without assistance. A person who cannot wear a cloth face covering because of a medical condition is not required to produce medical documentation of the condition, provided that an employer may require such documentation from an employee in accordance with state and federal law.

**C.**    **Other.** Cloth face coverings are not a replacement for adhering to social distancing protocols. As recommended by current CDC guidance, surgical masks and N-95 respirators are critical supplies that will remain be reserved for health care workers, medical first responders, and other workers as recommended by Federal guidance.

EXHIBIT 3 TO KPR DEC.

## VI.   EFFECTIVE DATE

This Order takes effect on April 29, 2020, with section V taking effect on May 1, 2020.


Janet T. Mills
Governor

4

EXHIBIT 3 TO KPR DEC.



# TOGETHER, WE ARE
# MAINE



# RESTARTING MAINE'S ECONOMY

GOVERNOR JANET MILLS │ MAY 2020

EXHIBIT 4 TO KPR DEC.



# RESTARTING MAINE'S ECONOMY



# A MESSAGE FROM GOVERNOR JANET MILLS

Time and again, Maine people have risen to the challenges put in front of us. We have survived blizzards, ice storms, depressions, booms and busts. We've suffered loss — as a state and as families. We have conquered them because we are a strong, resilient people – borne of the western foothills; the northern potato fields; the bold, rocky coasts; and the tall, pine forests. We have been lifted up by the courage, conviction and resilience that comes from loving a place and its people. Let us continue to prepare, take every precaution,remain both careful and compassionate. We will get through this.



STATE OF MAINE
## Covid-19 Response
### Office of the Governor

EXHIBIT 4 TO KPR DEC.

2



# RESTARTING MAINE'S ECONOMY

## TABLE OF CONTENTS

INTRODUCTION ............................................................ 4

GUIDING PRINCIPLES ................................................. 5

A STAGED APPROACH ................................................. 6

HEALTH METRICS ...................................................... 7

ESTABLISHING SAFETY PRECAUTIONS ........................ 8

RESTARTING MAINE'S ECONOMY ............................... 9

    STAGE 1 (MAY) ...................................................... 10

    RURAL REOPENING PLAN........................................ 12

    STAGE 2 (JUNE) .................................................... 13

    STAGE 3 (JULY/AUGUST) ....................................... 15

    STAGE 4 (TBD) ...................................................... 16



STATE OF MAINE
## Covid-19 Response
Office of the Governor

EXHIBIT 4 TO KPR DEC.

 **RESTARTING MAINE'S ECONOMY**

# INTRODUCTION

After months of tireless efforts and decisive action by people across Maine, our state appears to be flattening the curve against COVID-19. However, we should not expect life to return to normal. Instead, we have to embrace a new normal – a different way of doing business, shopping, traveling and recreating that keeps us all safe. To that end, the Mills Administration has prepared a plan to gradually and safely restart Maine's economy.

The plan establishes four gradual stages of reopening, the first of which begins on May 1st. Designed with input from public health and industry experts, this staged approach will allow Maine businesses to safely open when the time is right, and stay open by following reasonable, practical guidelines to ensure the safety of employees and customers.

Public health is the foremost factor guiding this process. As the Administration gradually eases restrictions on some businesses and activities, it also implements protective protocols, along with broader additional health and safety measures, to protect Maine people.



STATE OF MAINE
**Covid-19 Response**
**Office of the Governor**

EXHIBIT 4 TO KPR DEC.



**TOGETHER, WE ARE**
**MAINE**

# RESTARTING MAINE'S ECONOMY

The guiding principles for this approach include:

## 1 PROTECTING PUBLIC HEALTH

The State will continue to use epidemiological data, such as case trends and hospitalization rates, to inform decisions about the appropriate time to lift restrictions.

## 2 MAINTAINING HEALTH CARE READINESS

Maine must be able to respond to any surge of COVID-19. To that end, the State will continue to work closely with hospitals and health systems to assess system capacity, including available hospital beds, ICU beds and ventilators, and to procure and distribute personal protective equipment to hospitals, nursing facilities, emergency services, and other frontline responders.

## 3 BUILDING RELIABLE AND ACCESSIBLE TESTING

Testing for all symptomatic people and sentinel disease surveillance are key foundations for opening the economy. While the widespread availability of rapid testing remains a challenge, the State is actively seeking to expand testing to make it more accessible to Maine people.

## 4 PRIORITIZING PUBLIC-PRIVATE COLLABORATION

Opening Maine's economy depends on close collaboration among businesses, employees, government, and the public to develop, implement, oversee, and accept guidelines and safe practices. A new Economic Recovery task force will be appointed to ensure this occurs.



STATE OF MAINE
**Covid-19 Response**
Office of the Governor

EXHIBIT 4 TO KPR DEC.    | 5



# RESTARTING MAINE'S ECONOMY

## A STAGED APPROACH

Under the Governor's plan, the stages are based on calendar months, to allow for time to assess the effectiveness of the health and safety precautions put into place and give businesses a predictable timeframe to plan for opening.

The earliest stages are focused on resuming business operations and activities which can be conducted in a safe manner, meaning they have a low risk for potential transmission of the virus.

In addition, new public health guidance will also go into effect. Maine people will be newly required to wear cloth face coverings in public settings where physical distancing measures are difficult to maintain.

Employers must also ensure workers wear such cloth face coverings when appropriate, and long-term care facilities will be subject to emergency rules to keep residents and staff safe.

While progression through the stages is planned month-by-month, decisions will be determined by public health metrics. Progress may also change based on virus trends, testing or treatment breakthroughs, or identification of new, safe ways of doing business.



STATE OF MAINE
**Covid-19 Response**
Office of the Governor

EXHIBIT 4 TO KPR DEC.



# RESTARTING MAINE'S ECONOMY

## HEALTH METRICS

Throughout the opening process, Maine CDC epidemiological data, such as case trends and hospitalization rates, as well as health care readiness and capacity, will inform Governor Mills' decisions on proceeding through the stages and lifting restrictions.

The Maine CDC will be tracking three primary metrics in its evaluation of whether or not to progress through the stages:

1. a downward trajectory of influenza-like illnesses and COVID-like syndromic cases;

2. a downward trajectory of documented cases and newly hospitalized patients; and

3. the capacity of Maine's hospital systems to treat all patients without crisis care and the ability of the state to engage in a robust testing program.

The Administration will also continue to evaluate standards outlined in the Governor's vision statement, such as testing capacity and contact tracing, to inform decisions about proceeding.

If the COVID-19 situation worsens in Maine for any reason, the state will move quickly to either halt progress or return to an earlier stage.



STATE OF MAINE
## Covid-19 Response
Office of the Governor

EXHIBIT 4 TO KPR DEC.

7



**RESTARTING MAINE'S ECONOMY**

# ESTABLISHING SAFETY PRECAUTIONS

In order to reopen, various sectors of Maine's economy will be required to work with the Department of Economic and Community Development to implement practical, reasonable, evidence-informed safety protocols and modifications that protect the health and safety of employees and customers.

These accommodations may be as simple as closing break rooms, providing flexible working hours, employee training, and installing plexiglass shields, or as complex as adjusting a business' sales process and reducing occupancy to ensure employee and customer safety.

This collaboration between DECD and the private sector will result in what will be known as a COVID-19 Prevention Checklists, which will be distributed ahead of staged openings to allow businesses to prepare.

These checklists will identify best practices for the business specific to its operations as well as general best practices related to physical distancing, hygiene, personal protection, and maintenance of clean workplaces, among others.

The checklists, which will differ sector to sector, will undergo a rigorous review process including from government officials, health experts, and industry representatives.

Businesses that commit to complying with the requirements on the checklist will be provided a badge to post at their business, on their website, in their advertising, or on social media. Their names will also be posted on the DECD website and they will be allowed to open. Health providers in Maine will follow U.S. CDC and professional association guidelines.



STATE OF MAINE
**Covid-19 Response**
Office of the Governor

EXHIBIT 4 TO KPR DEC.



## RESTARTING MAINE'S ECONOMY

The Governor's plan builds on current Executive Orders, which allow for the operation of grocery stores, pharmacies, financial institutions, home repair services, and car repair services, among others, and then plans for the safe reopening of those businesses not currently operating.

The stages do not use essential v. non-essential designations, like those used to limit business operations and activities in the immediate response to COVID-19. All businesses in Maine are essential, and the focus is now on ensuring the safety of their employees and customers.

The stages are advanced as a framework for planning. Innovations or expanded testing and other capacity could accelerate this pace, as could a determination that certain parts of Maine, such as rural areas, may be able ease restrictions safely.

The Mills Administration does not currently anticipate that it will be safe to accept cruise or commercial passenger ships with more than 50 people this summer. The Administration will review this assessment in September 2020. This excludes passenger ferries working between Maine ports.

Additionally, the Administration is currently working with stakeholders to develop plans for a safe return to school in the fall.



STATE OF MAINE
**Covid-19 Response**
Office of the Governor

EXHIBIT 4 TO KPR DEC.



TOGETHER, WE ARE
MAINE | # RESTARTING MAINE'S ECONOMY

The upcoming four stages as contemplated by the Governor's plan include:

# STAGE 1, MAY

Stage 1 contemplates a continued prohibition on gatherings of more than 10 people as well as the continued quarantine of all people entering Maine for a period of 14 days. All businesses that have been open may remain open. At-risk people should stay home when possible.

In addition:

- If employees are able to work from home, they should continue to do so. This includes State of Maine employees.
- Professional services, such as legal services, should continue to be done remotely.
- Construction firms should deploy additional Personal Protective Equipment and other safety measures on job sites.

# OPENINGS PERMITTED
# PER CHECKLIST STANDARDS

## ENTERTAINMENT
- Drive-in theaters

## HEALTH CARE
- Health care from Maine licensed providers, with a recommendation that they prioritize care for patients with time-sensitive conditions; assure the safety of patients, staff, and communities; manage the use of essential resources such as personal protective equipment and testing supplies; and pace reopening services to the level of community COVID-19 activity, maintaining capacity in our hospitals for potential outbreaks.

STATE OF MAINE
## Covid-19 Response
Office of the Governor

EXHIBIT 4 TO KPR DEC.    |10

 **RESTARTING MAINE'S ECONOMY**

**OUTDOOR RECREATION:**
- Golf Courses and Disc Golf Courses, with restrictions
- Guided outdoor activities (Hunting, Fishing)
- Guided boating (10 or fewer customers)
- Marinas
- Some 30 State Parks and Historic sites, but coastal sites will remain closed.
- State owned public lands trails

**PERSONAL SERVICES:**
- Barber Shops and Hair Salons
- Dog Grooming

**RELIGIOUS**
- Limited drive-in, stay-in-your-vehicle church services

**RETAIL/COMMERCIAL**
- Auto Dealership Sales
- Car Washes



STATE OF MAINE
**Covid-19 Response**
Office of the Governor

EXHIBIT 4 TO KPR DEC.                                                        | 11



# RESTARTING MAINE'S ECONOMY

## RURAL REOPENING PLAN

Following the announcement of a partnership with IDEXX Laboratories that will more than triple Maine's COVID-19 testing capacity, Governor Janet Mills announced a rural reopening plan on May 8 aimed at safely reopening certain additional businesses in counties of Maine which have not experienced community transmission of the virus.

Under the plan, retail stores and restaurants in Aroostook, Piscataquis, Washington, Hancock, Somerset, Franklin, Oxford, Kennebec, Waldo, Knox, Lincoln, and Sagadahoc counties will be permitted to open in-store and dine-in service with enhanced safety precautions. Additionally, remote campsites as well as sporting camps are also permitted to reopen with public health safeguards in these counties.

## OPENINGS NOW PERMITTED PER CHECKLIST STANDARDS:

**MAY 11:**
- Retail businesses

**MAY 18:**
- Restaurants (for dine-in service and outdoor dining)
- Wilderness campsites and sporting camps



STATE OF MAINE
## Covid-19 Response
Office of the Governor

EXHIBIT 4 TO KPR DEC.          12



# RESTARTING MAINE'S ECONOMY

## STAGE 2, JUNE

Stage 2 contemplates a continued prohibition on gatherings of more than 50 people and the 14-day quarantine on people entering Maine. All businesses that have been open may remain open. At-risk people should stay home when possible. Employees in legal and professional fields may return to offices, including State employees, as needed.

## OPENINGS PERMITTED
## PER CHECKLIST STANDARDS

### HOSPITALITY
- Restaurants
- Lodging (Open to Maine residents and out-of-state residents who have completed quarantine guidelines.)

### OUTDOOR RECREATION
- Campgrounds/RV parks (Open to Maine residents and out-of-state residents who have completed quarantine guidelines.)
- Day camps for Maine children and those who have met the 14 day quarantine requirement
- Coastal State Parks, with some services
- State park campgrounds
- Non-professional sports

### PERSONAL SERVICES
- Fitness and Exercise Gyms
- Nail Technicians
- Tanning salons



STATE OF MAINE
## Covid-19 Response
Office of the Governor

EXHIBIT 4 TO KPR DEC.          | 13



# RESTARTING MAINE'S ECONOMY

**RETAIL**
- All retail businesses

**PUBLIC GATHERING**
- Large gatherings
- Religious gatherings
- Public/community settings



STATE OF MAINE
## Covid-19 Response
### Office of the Governor

EXHIBIT 4 TO KPR DEC.



# RESTARTING MAINE'S ECONOMY

## STAGE 3, JULY-AUGUST

Stage 3 maintains the prohibition on gatherings of more than 50 people and the 14-day quarantine on people entering Maine. All businesses that have been open may remain open. At-risk people should stay home when possible. Employees in legal and professional fields may return to offices, including State employees, as needed.

## OPENINGS PERMITTED
## PER CHECKLIST STANDARDS

### HOSPITALITY
- Bars
- Lodging, such as hotels, campgrounds, summer camps, or RV parks for Maine residents and visitors. The Administration is developing guidelines (e.g. potential testing requirements) to assist them in safely reopening.

### OUTDOOR RECREATION
- Charter boats, excursions – fewer than 50 people
- Summer Camps

### PERSONAL SERVICES
- Spas
- Tattoo and Piercing Parlors
- Massage Facilities
- Cosmetologists and Estheticians
- Electrolysis Services
- Laser Hair Removal Services, and Similar Personal Care and Treatment Facilities and Services



STATE OF MAINE
**Covid-19 Response**
Office of the Governor

EXHIBIT 4 TO KPR DEC.



## RESTARTING MAINE'S ECONOMY

## STAGE 4, TBD

All businesses are open and operating with appropriate safety modifications.

# 2019 Coronavirus (COVID-19) Frequently Asked Questions*
*Information is current as of 5/8/2020 and is subject to change

Please note:  Text in this color denotes information that has been updated or added within the 7 days prior to release of this document version

Text in this color denotes information that has been updated since the last version of this document

## Contents: (click on a question to navigate directly to it)

Key Points ................................................................................................................................. 4

Situation in Maine ...................................................................................................................... 4

- What is the Maine Stay Healthier at Home order? (4/28) ............................................ 4
- What happens when a case of COVID-19 is identified in Maine? (3/31) ...................... 5
- Can I stay at a hotel, motel, or short-term rental? (5/8) ............................................. 5
- Can I stay at a campsite? (5/8) .................................................................................... 5
- Can I stay at a camp that provides hunting and fishing? (5/8) .................................... 6
- What is the guidance for events or gatherings in Maine? (4/28) ................................. 6
- When can restaurants open? (5/8) .............................................................................. 6
- When can bars open? (5/8) .......................................................................................... 6
- When can retail stores open? (5/8) ............................................................................. 6
- When can fitness and exercise gyms open? (5/8) ........................................................ 7
- What health and safety precautions should businesses follow to reopen when they are permitted to? (5/8) ....... 7
- I am planning to move or am a professional mover.  What should I do during the Stay Healthy at Home mandate? (4/1) ............................................................................... 7
- When will Maine start to reopen? (5/8) ...................................................................... 7
- How do I know when my business can reopen? (4/28) ................................................ 7
- When can hotels and other lodging operations begin to take general reservations again? (4/28) .................... 7
- Where can I find the checklist for my business and who can I call with questions about it? (5/8) .................... 8
- Where can I find the badge for my business to post on my door, website, or social media channel? (4/30) ......... 8
- How long will concerns about COVID-19 last? (3/31) ................................................... 8

Business Complaints .................................................................................................................. 8

- I have a complaint about a grocery store that is not complying with the Governor's Order.  Who should I contact about this? (5/8) ............................................................. 8
- I have a complaint about a restaurant that is not complying with the Governor's Order.  Who should I contact about this? (5/8) ................................................................ 8
- I have a complaint about a retail store is not complying with the Governor's Order.  Who should I contact about this? (5/8) ............................................................................ 8

EXHIBIT 5 TO KPR DEC.

Response to COVID-19 ...................................................................................................... 8

- What is the Governor doing? (4/28) ......................................................................... 8
- I am a healthcare worker and would like to volunteer to help with the COVID-19 response.  How can I do this? (3/26) ......................................................................... 9
- I would like to volunteer for emergency or disaster relief efforts in Maine.  How can I do this? (4/15) ................. 9
- Where can I find more information on donating time or resources? (3/31) ............................... 9
- I would like to donate homemade cloth face masks for health care providers.  How can I do that? (4/15) ............ 9

Prevention and Protection .................................................................................................. 9

- What should I do if I had contact with someone with COVID-19 (not a health care or critical infrastructure worker)? (4/9) ................................................................................ 9
- What should I do if I had contact with someone with COVID-19 (health care or critical infrastructure worker)? (4/29) ............................................................................... 10
- What can people do to prevent infection with COVID-19? ..................................................... 10
- I cannot find facemasks or other personal protective equipment (PPE) anywhere.  Can Maine CDC help? (4/4) . 11
- I am allowed to reopen my private business under the Governor's plan (Ex: hair salons). Can I get PPE through the State cache? (4/30) ........................................................................ 11
- I am not able to secure PPE through the State cache for my business, so where can I find PPE? (4/30) ............... 11
- Do I have to wear a mask every time I go out in public in Maine? (4/30) ..................................... 11
- Are there any cleaning recommendations to prevent COVID-19? (3/20) ........................................ 12
- What type of hand sanitizer should I be using? .............................................................. 12
- What is social distancing? .................................................................................. 12
- How long will it take to develop a vaccine for COVID-19? (3/31) ............................................ 12
- What is the difference between isolation and quarantine?  What is involved? (4/29) .......................... 12
- I recovered from COVID-19 and would like to donate plasma to help others who are sick.  How can I do this? (4/15) ........................................................................... 12

Epidemiology ............................................................................................................. 13

- How is COVID-19 spread and acquired? ....................................................................... 13
- Can a person spread the COVID-19 virus even if they have no symptoms? (4/1) ................................ 13
- How efficient is the spread of COVID-19? (3/31) ............................................................ 13
- Can the COVID-19 virus be spread from contaminated surfaces? (3/31) ........................................ 13
- Can the COVID-19 virus be spread in the air or only by droplets? (3/31) ..................................... 13
- How infectious is the virus that causes COVID-19? (3/31) ................................................... 13
- Can someone who has recovered from COVID-19 spread the illness to others? ................................... 13
- What is community spread? ................................................................................... 14
- Am I at risk for COVID-19 infection in Maine? (3/17) ....................................................... 14
- What information will Maine CDC release about any confirmed cases? (3/18) ................................... 14

2

EXHIBIT 5 TO KPR DEC.

- Will Maine CDC release the towns/cities where confirmed cases are located? (3/24) ..........................14
- What about people from out of state who test positive?  Where are their results reported? (3/31)...................14

Medical Information and Testing ................................................................................................................14
- What are the signs/symptoms of COVID-19 and when do they appear? (4/28)......................................14
- Who is at higher risk for serious illness from COVID-19? ..............................................................15
- What should people at higher risk of serious illness with COVID-19 do? (3/13)...................................15
- Who can be tested (PCR, antibody, or rapid test) for COVID-19 and where? (3/20) ................................15
- I was tested for COVID-19. How long will my results take? How can I find results?  (3/24) ....................15
- My healthcare provider is not able to test me for COVID-19.  What should I do? (3/12)..........................16
- What should I do if I don't have a Primary Care Provider (PCP)? (3/15) ................................................16
- What should I do if I am under-insured? If I do not have insurance? (3/18) ...........................................16
- Does COVID-19 affect children and adults differently?........................................................................16
- Does COVID-19 affect pregnant women?...............................................................................................16
- What is the medical treatment for people affected by COVID-19? .........................................................16
- How can a person be released from isolation at home? (3/20) .............................................................16
- I was released from isolation, but my symptoms came back again.  What should I do? (4/8) ................17
- How is COVID-19 different from the flu and common cold? (3/31) .........................................................17
- If one of my employees tested positive for COVID-19, do I need to report it to Maine CDC? (5/1) ......................17
- If one of my employees tested positive for COVID-19, should I notify all of the rest of my employees? (5/1)......17

Daily Life and COVID-19 ...........................................................................................................................17
- What guidance is available for dental offices during the COVID-19 response? (4/29) ...........................17
- I need help with rent assistance/evictions due to COVID-19.  Who can I contact? (4/19) ....................17
- Should I be worried about getting evicted if I cannot pay my rent due to COVID-19? (4/19) .................18
- Where can I find information on unemployment insurance and unemployment benefits? (3/26) ...................18
- Where can I find information on services offered through the Maine Department of Health and Human Services? (3/26) .......................................................................................................................18
- Where can I find information about paid sick leave or expanded family and medical leave during the COVID-19 outbreak? (4/1)......................................................................................................18
- I am a farmer/food producer.  Where can I look for assistance during the COVID response? (4/1) ...................18
- I am a farmer/food producer.  What do I need to know about the Maine COVID-19 response? (4/1) ................18
- Where can I find information on Local Food and Food Assistance? (4/1).................................................18
- I have split custody of my child/children.  Should they continue to go to their other parent's house as stipulated in a custody agreement? (4/1)................................................................................19
- Can pets and livestock be infected with the COVID-19 virus? (4/28) ....................................................19
- Can you get COVID-19 from mail packages that arrive from affected areas? (3/31) ..............................19

3

EXHIBIT 5 TO KPR DEC.

- How should I cope with stress during a COVID-19 outbreak in my community? (4/22) .........................................19
- Am I at risk if I go to a funeral or visitation service for someone who died of COVID-19? (3/12) .......................19
- Am I at risk if I touch someone who died of COVID-19 after they have passed away? (3/12)............................19
- What do funeral home workers need to know about handling people who have died of COVID-19? (3/12)........20
- My family member died from COVID-19 while overseas.  What should I do? (3/12) .............................................20
- Can the COVID-19 virus be passed through water?  Should wastewater treatment workers be worried?(3/15)..20
- Where can I find resources for children during the COVID-19 response? (3/26)....................................................20
- What is happening with federal and state income tax deadlines? (3/31)...............................................................20
- I work for a community or religious organization.  How can we respond to COVID-19? (3/12) ...........................20
- I work for an organization that serves homeless populations.  How can we respond to COVID-19? (3/12) .........20

Travel and COVID-19 .......................................................................................................................................................20
- Should I be concerned about travel within the US? ...........................................................................................20
- Am I at risk of getting COVID-19 on an airplane? ..............................................................................................21
- How are travelers being screened when they enter the U.S.? ..........................................................................21
- What are quarantine recommendations for people returning from domestic travel (within the United States), including healthcare workers? (4/29)......................................................................................................................21
- I live in Maine but must cross the state border for work.  Do I have to quarantine? (4/1........................21
- I have to go to a medical appointment out of state.  Do I have to quarantine upon return? (5/8 .......................21
- Should Maine be banning out-of-state travelers from coming into the state? (4/29)...........................................21

## Key Points

- This virus can spread from person-to-person. It can cause severe disease and death.
- Community-wide transmission of the COVID-19 virus is occurring in Androscoggin, Cumberland, Penobscot, and York counties. (4/19)
- Effective at least through May 31, 2020, all Maine residents are required to stay at home under the Stay Healthier at Home Order. (4/28)
- Currently, the greatest risk for COVID-19 is still travel to an area with ongoing community transmission and/or close contact with a confirmed case. (3/17)
- The Governor outlined her plan for a gradual, safe reopening of Maine's economy on April 23, 2020.
- The Governor outlined her Rural Reopening plan on May 8, 2020.

## Situation in Maine

### What is the Maine Stay Healthier at Home order? (4/28)

- Effective May 1 until May 31, 2020, all people living in Maine are required to stay at home at all times unless for an essential job or an essential personal reason.  Modifications to this order will be made slowly as Maine progresses through the Governor's plan to restart the economy.
  - Only go out for essential personal reasons, including:
    - Obtaining necessary supplies for household consumption or use, such as groceries, and supplies and equipment needed to work from home, laundry, and products needed to maintain safety, sanitation, and essential maintenance of the home or residence.

4

EXHIBIT 5 TO KPR DEC.

- ▪ Obtaining medication or medical supplies and seeking medical or behavioral health or emergency services.
- ▪ Providing care, including transportation, of oneself, a family member, friend, pet or livestock in another household or location for essential health and safety activities and to obtain necessary supplies and services.
- ▪ Traveling to and from an educational institution for purposes of receiving meals or instructional materials for distance learning.
- ▪ Engaging in outdoor exercise activities, such as walking, hiking, running, or biking, but, only with fewer than 10 people and using social distancing guidance.
- ▪ Travel required by a law enforcement officer or court order.
- ▪ Traveling to and from a federal, State, or local government building for a necessary purpose.
  - o When out of the home or when at work at an essential business, individuals shall maintain a minimum distance of six feet from other people.
- The use of public transportation is prohibited unless for an essential reason or job that cannot be done from home.
- The number of people traveling in private vehicles is limited to people within the immediate household unless transporting for essential activities.
- This order is enforced by law enforcement and violations will be subject to up to six months in jail and a $1000 fine.

## What happens when a case of COVID-19 is identified in Maine? (3/31)
- When a person is tested for COVID-19, they are asked to self-isolate at home if they are well enough or are isolated in hospital if required. This continues until they meet criteria for release from isolation.
- When Maine CDC is notified of a positive result, an epidemiologist reaches out to the patient to conduct an investigation.  Close contacts of the positive person who may have been exposed are identified and contacted. These individuals are instructed to quarantine for 14 days and monitor for symptoms.

## Can I stay at a hotel, motel, or short-term rental? (5/8)
- Governor Mills mandated the closure of lodging operations, including hotels, motels, bed and breakfasts, inns, short-term rentals (such as those available through Airbnb) as well as online reservations.
  - o This is effective April 5, 2020 at 12:00 pm.
  - o Reservations as allowed by the order (listed below) may only be accepted by phone.
- Lodging can be provided for housing vulnerable populations; for health care workers or other workers deemed necessary to support public health, public safety, or critical infrastructure; for self-quarantine or self-isolation facilities as arranged by the state; and under limited verifiable extenuating circumstances for the care and safety of residents as approved by the State.
  - o Vulnerable populations include children in emergency placements, persons at risk of domestic violence, and homeless individuals as permitted by the State.

## Can I stay at a campsite? (5/8)
- In Androscoggin, Cumberland, Penobscot, and York Counties- All campsites are mandated to remain closed (until June 1).
- In Aroostook, Piscataquis, Washington, Hancock, Somerset, Franklin, Oxford, Kennebec, Waldo, Knox, Lincoln, and Sagadahoc Counties- Remote campsites are permitted to open Monday, May 18th to Maine residents and to those who have already completed their 14-day quarantine.
  - o Added health and safety precautions must be followed. See: https://www.maine.gov/governor/mills/news/governor-mills-introduces-rural-reopening-plan-2020-05-08

EXHIBIT 5 TO KPR DEC.

## Can I stay at a camp that provides hunting and fishing? (5/8)

- In Androscoggin, Cumberland, Penobscot, and York Counties- All campsites are mandated to remain closed (until June 1).
- In Aroostook, Piscataquis, Washington, Hancock, Somerset, Franklin, Oxford, Kennebec, Waldo, Knox, Lincoln, and Sagadahoc Counties- Remote campsites are permitted to open Monday, May 18th to Maine residents and to those who have already completed their 14-day quarantine.
  - Added health and safety precautions must be followed. See: https://www.maine.gov/governor/mills/news/governor-mills-introduces-rural-reopening-plan-2020-05-08

## What is the guidance for events or gatherings in Maine? (4/28)

- Effective May 1 until May 31, gatherings of 10 or fewer people are allowed to occur in accordance with the Governor's plan to reopen the Maine economy.
- This is a proactive measure to help reduce the spread of COVID-19 in Maine.

## When can restaurants open? (5/8)

- In Androscoggin, Cumberland, Penobscot, and York Counties- All restaurants are mandated to close to dine-in customers (until June 1).
  - Take-out, delivery, and drive-through options can continue during this time, though Governor Mills urges these services to minimize gathering of customers.
  - Governor Mills urges Maine people to continue to support establishments by purchasing take-out meals, buying gift cards, or other measures of support.
- In Aroostook, Piscataquis, Washington, Hancock, Somerset, Franklin, Oxford, Kennebec, Waldo, Knox, Lincoln, and Sagadahoc Counties- Restaurants will be permitted to open to some dine-in service and outdoor dining on Monday, May 18th.
  - Added health and safety precautions must be followed. See: https://www.maine.gov/governor/mills/news/governor-mills-introduces-rural-reopening-plan-2020-05-08
  - This aligns with the opening of the same businesses in New Hampshire.

## When can bars open? (5/8)

- Bars across the state, no matter what county they are in, are to remain closed at this time. Refer to Business Answers for more information.
  - Questions about when bars can reopen should be directed to the Business Answers Team at:
    - Business.answers@maine.gov
    - 1-800-872-3838

## When can retail stores open? (5/8)

- In Androscoggin, Cumberland, Penobscot, and York Counties- Continue under the same guidelines from the Governor's Gradual Reopening Plan: https://www.maine.gov/governor/mills/news/governor-mills-presents-safe-gradual-plan-restart-maines-economy-2020-04-28
- In Aroostook, Piscataquis, Washington, Hancock, Somerset, Franklin, Oxford, Kennebec, Waldo, Knox, Lincoln, and Sagadahoc Counties- Retail stores will be permitted to open to in-store customers beginning Monday, May 11.
  - Added health and safety precautions must be followed. See: https://www.maine.gov/governor/mills/news/governor-mills-introduces-rural-reopening-plan-2020-05-08
  - This aligns with the opening of the same businesses in New Hampshire.

EXHIBIT 5 TO KPR DEC.

## When can fitness and exercise gyms open? (5/8)

- Statewide – Permitted to open on May 11, 2020 to outdoor classes of 10 individuals or less. They can also open for one-on-one personal training inside fitness centers.
- For more information and guidelines contact Business Answers:
  - Business.answers@maine.gov
  - 1-800-872-3838

## What health and safety precautions should businesses follow to reopen when they are permitted to? (5/8)

- Implement physical distancing measures.  Guidance on the number of customers that can be allowed in stores of specific sizes can be found here.
  - The limits must be enforced and a 6-foot separation be placed between any customers waiting in lines.
  - As much business as possible must be conducted by curbside order, pick-up, or delivery.
  - The handles of every cart and basket must be disinfected between uses.
  - Customer handling of unpurchased merchandise must be minimized.
  - Separate operating hours for Maine people over the age of 60 and those with underlying medical conditions must be provided.
  - Fitting rooms must be closed.
  - Stagger break times for employees and require frequent hand washing.
- Other businesses are encouraged to have employees work remotely or implement social distancing measures if this is not possible, including: legal services, business and management consulting, professional services and insurance services, etc.
- Any business that violates this order will be subject to further on-site restrictions or closure until those violations are addressed.
- Further guidance for businesses from US CDC can be found here.

## I am planning to move or am a professional mover.  What should I do during the Stay Healthy at Home mandate? (4/1)

- If possible, it is best for you to delay your move until after the Stay Healthier at Home mandate, at least through May 31, 2020.
- If it is not possible for the move to be delayed, this is considered an essential activity.

## When will Maine start to reopen? (5/8)

- Governor Mills announced her plan for a gradual reopening of the economy on April 28, 2020.
- Governor Mills announced her plan for the rural reopening of the economy on May 8, 2020.

## How do I know when my business can reopen? (4/28)

- Contact the Business Answers team at:
  - Business.answers@maine.gov
  - 1-800-872-3838

## When can hotels and other lodging operations begin to take general reservations again? (4/28)

- Lodging, such as hotels, short-term rentals, and RV parks for Maine residents and visitors may begin to open again in Stage 3 of the reopening of Maine's economy, tentatively beginning July 1st.
  - Reservations should not be taken until guidance on safe reopening is issued from the Governor's office.

EXHIBIT 5 TO KPR DEC.

Where can I find the checklist for my business and who can I call with questions about it? (5/8)
- Checklists for best practices for safely operating your business during COVID-19 are available on Maine Department of Economic & Community Development's (Maine DECD) webpage.
- Contact Maine DECD with questions about the checklists:
  - Business.answers@maine.gov
  - 1-800-872-3838

Where can I find the badge for my business to post on my door, website, or social media channel? (4/30)
- Please go to the Office of Economic and Community Development's website: https://www.maine.gov/decd/covid-19-prevention-checklists

How long will concerns about COVID-19 last? (3/31)
- Concerns will linger until there is more scientific data about the behavior or COVID-19 and its impacts.
- It is likely that the virus that causes COVID-19 will continue to circulate.
- Concerns will persist as long as the virus continues to spread rapidly.

**Return to top**

Business Complaints

I have a complaint about a grocery store that is not complying with the Governor's Order.  Who should I contact about this? (5/8)
- Please contact the Maine Department of Agriculture, Conservation, & Forestry.
- In addition, please let local law enforcement know.

I have a complaint about a restaurant that is not complying with the Governor's Order.  Who should I contact about this? (5/8)
- Please contact Maine's Health Inspection Program.
- In addition, please let local law enforcement know.

I have a complaint about a retail store is not complying with the Governor's Order.  Who should I contact about this? (5/8)
- Please contact Maine's Department of Economic and Community Development:
  - Business.answers@maine.gov
  - 1-800-872-3838
- In addition, please let local law enforcement know.

**Return to top**

Response to COVID-19
What is the Governor doing? (4/28)
- See Governor Mills' executive orders.

EXHIBIT 5 TO KPR DEC.

### I am a healthcare worker and would like to volunteer to help with the COVID-19 response.  How can I do this? (3/26)

- Please visit www.maineresponds.org to register as a volunteer to provide services during a disaster or emergency situation.

### I would like to volunteer for emergency or disaster relief efforts in Maine.  How can I do this? (4/15)

- Please visit www.maineready.org to register as a volunteer for current and future emergency or disaster relief efforts.

### Where can I find more information on donating time or resources? (3/31)

- Please visit the MaineHelps resource for information on how you can support efforts to combat the COVID-19 pandemic.
- Extending financial support:
  - To donate financial support for critical needs such as food and shelter, contact your local United Way.
  - To donate financial support  for regional and community-based nonprofits, area agencies on aging, community action programs, homeless shelters, and food pantries, visit the Maine Community Foundation.
- Supporting the healthcare and medical response:
  - To donate certified medical supplies, like personal protective equipment (PPE), fill out this form.
  - Maine people are encouraged to donate blood via the American Red Cross of Maine, which is experiencing a critical shortage of blood donations.
- Supporting local small businesses:
  - Maine people are encouraged to safely support local businesses through efforts like PayItForwardMaine.
    - Be mindful of physical distancing guidelines and using online transactions or pickup and delivery services.

### I would like to donate homemade cloth face masks for health care providers.  How can I do that? (4/15)

- Please contact the health care facility where you would like to donate cloth face masks. This will ensure that the facility is accepting masks and that you follow any materials requirements.

**Return to top**

## Prevention and Protection

### What should I do if I had contact with someone with COVID-19 (not a health care or critical infrastructure worker)? (4/9)

- These guidelines apply to people who are not considered health care or critical infrastructure workers.
- If you had **close contact** (within 6 feet for 30 minutes or more) with a person who **tested positive** for COVID-19 while they were symptomatic or within 48 hours before their symptoms started:
  - You need to quarantine at home for 14 days.  Take your temperature 2x per day and monitor for fever, cough, or difficulty breathing.
  - You can have contact with people in your household and they can continue to leave home as long as you are not symptomatic.
- If you had **contact** (within 6 feet for less than 30 minutes) with a person who has **tested positive** for COVID-19 while they were symptomatic or within 48 hours before their symptoms started:
  - No quarantine is recommended.  Monitor for symptoms for 14 days and contact healthcare provider if symptoms develop.
- If you have **been in the same room (more than 6 feet away) at the same time as** a person who **tested positive**:

9

EXHIBIT 5 TO KPR DEC.

- o No quarantine is recommended.  Monitor yourself for symptoms for 14 days and contact a healthcare provider if symptoms develop.
- If you have **been in a room at a different time than** a person who **tested positive**:
  - o No action is needed. You are not considered a contact.
- If you have had **contact with someone who has been in contact (no direct contact)** with a person who has **tested positive**:
  - o No action is needed.
  - o You can monitor yourself for symptoms and contact a healthcare provider if symptoms develop.
- If you have had **any contact** with someone who is sick but **does not have a positive test result**:
  - o No quarantine is recommended.  Monitor yourself for symptoms for 14 days and contact a healthcare provider if symptoms develop.

## What should I do if I had contact with someone with COVID-19 (health care or critical infrastructure worker)? (4/29)

- These guidelines apply for people who are considered health care or critical infrastructure workers.
- Critical Infrastructure workers include:
  - o Federal, state, and local law enforcement.
  - o 911 call center employees.
  - o Fusion Center employees.
  - o Hazardous material responders from government and the private sector.
  - o Janitorial staff and other custodial staff.
  - o Workers (including contracted vendors) in food and agriculture, critical manufacturing, informational technology, transportation, energy, and government facilities.
- Asymptomatic critical infrastructure workers may continue to work following potential exposure to COVID-19.
  - o Potential exposure means being a household contact or having close contact (within 6 feet for 30 minutes or more) of an individual with confirmed or suspected COVID-19.
  - o This contact period includes up to 48 hours before the sick individual became symptomatic.
- Asymptomatic health care providers should follow the recommended self-quarantine if their facility can still remain open without the asymptomatic health care worker.
  - o If the facility would have to close in their absence, then the asymptomatic person can continue to work following these guidelines.
- Health care and critical infrastructure workers who remain asymptomatic should follow these practices prior to and during their work shift:
  - o Pre-screen: measure the employee's temperature and check for symptoms prior to starting work. Temperature checks should occur before the individual enters the facility.
  - o Regular monitoring: Employee should self-monitor for symptoms during shift.
  - o Wear a mask: Employee should wear a face mask at all times while in the workplace for 14 days after the last exposure.
  - o Social distance: Maintain 6-foot distance and practice social distancing as work duties permit.
  - o Disinfect and clean work spaces: clean and disinfect all areas like offices, bathrooms, common areas, and shared electronic equipment.
- If the employee shows symptoms of COVID-19, they must be sent home immediately.
  - o Surfaces in workspace should be cleaned and disinfected.
  - o Information on anyone who had contact with the ill employee from 48 hour before up to the time the employee became symptomatic should be collected.  Anyone with close contact within 6-feet during this time would be considered exposed.
- This and further guidance can be found at US CDC Interim Guidance for Critical Infrastructure Workers page.

## What can people do to prevent infection with COVID-19?

- The best way to prevent infection is to avoid being exposed to this virus. People should avoid travel to affected areas, practice social distancing, and follow general respiratory prevention measures:

10

EXHIBIT 5 TO KPR DEC.

- Wash your hands often with soap and water for at least 20 seconds. This is especially important after using the bathroom, before eating, and after blowing your nose, coughing, or sneezing. If soap and water is not available, use an alcohol-based hand sanitizer with at least 60% alcohol.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid touching high-touch surfaces in public.
- Avoid close contact with people who are sick.
- Cover your cough or sneeze into a tissue, then throw the tissue in the trash.
- Clean and disinfect frequently touched objects and surfaces using a regular household cleaning spray or wipe.
- Stay home when you are sick.

### I cannot find facemasks or other personal protective equipment (PPE) anywhere. Can Maine CDC help? (4/4)

- Maine CDC is not able to provide personal protective equipment to members of the public or assist in helping members of the public find sources for personal protective equipment.
- If you are sick, contact your healthcare provider for assistance in finding facemasks and other equipment.
- If you are not sick, you can wear a cloth facemask.
    - Information is available from US CDC on the use and creation of cloth face coverings.
- Wearing facemasks should not take the place of other prevention measures. Continue to practice general respiratory prevention measures.
- Healthcare facilities should follow US CDC's strategies for optimizing the supply of PPE.
- Information is available from US CDC on the use and creation of cloth face coverings.

### I am allowed to reopen my private business under the Governor's plan (Ex: hair salons). Can I get PPE through the State cache? (4/30)

- The process currently put in place to request PPE from the State cache is intended to provide supplies to healthcare facilities in Maine.
- The State cache is not an appropriate source of PPE for reopening of private businesses under the Governor's plan.
- If private businesses cannot secure enough PPE to reopen services safely, then they may not reopen.

### I am not able to secure PPE through the State cache for my business, so where can I find PPE? (4/30)

- Please go to https://pages.mainemep.org/ to find cloth face covers sold by Maine manufacturers.

### Do I have to wear a mask every time I go out in public in Maine? (4/30)

- The Governor's order requires Maine people to wear cloth face coverings in public places where physical distancing is difficult to maintain, as recommended by the U.S. CDC. The order identifies public settings as:
    - Indoor spaces that are accessible to the public such as grocery stores, retail stores, pharmacies and healthcare facilities
    - Outdoor spaces such as playgrounds, busy parking lots, and other areas such as lines for take-out service where the public typically gathers in a smaller area
    - Public transportation such as a taxi, Uber, Lyft, ride-sharing or similar service
    - Ferry, bus, or train
    - Any semi-enclosed transit stop or waiting area
- Under the order, cloth face coverings are not required for children under age 2, a child in a child care setting, or for anyone who has trouble breathing or related medical conditions, or who is otherwise unable to remove the mask without assistance.

11

EXHIBIT 5 TO KPR DEC.

- Even if you wear a facemask, you should also use other <u>prevention methods.</u>

## Are there any cleaning recommendations to prevent COVID-19? (3/20)

- Clean and disinfect frequently touched objects and surfaces (tables, countertops, light switches, doorknobs, cabinet handles, etc.) daily using a regular household cleaning spray or wipe.
- Consult <u>this list</u> of EPA-approved products for emerging viral pathogens for recommendations.
- Find cleaning recommendations for households with suspected/confirmed COVID-19 cases <u>here</u>. (3/20)

## What type of hand sanitizer should I be using?

- Use an alcohol-based hand sanitizer that contains 60 percent to 95 percent alcohol.
- If soap and water are readily available, wash hands instead of using alcohol-based hand sanitizer.

## What is social distancing?

- Social distancing means remaining out of:
  - Public places where close contact with others may occur (shopping centers, movie theaters, stadiums, etc.).
  - Workplaces (unless in an office space that allows distancing from others).
  - Schools and other classroom settings.
  - Local public transportation (bus, subway, taxi, ride share, plane, ship, etc.).

## How long will it take to develop a vaccine for COVID-19? (3/31)

- Currently, a massive effort is underway to develop a vaccine for COVID-19.
- It can take one to two years to develop a fully-tested vaccine.
- Initial supplies of a COVID-19 vaccine would be for those at highest risk of exposure and those at highest risk of severe disease.

## What is the difference between isolation and quarantine?  What is involved? (4/29)

- Self-quarantine means that you need to separate yourself from others because you **may have been exposed** to the COVID-19 virus but are not currently symptomatic.
- Self-isolation means that you need to separate yourself from others because you **may be infected** with the COVID-19 virus and you are experiencing symptoms.
- Self-monitoring means that you need to pay attention to your health to note if you develop symptoms of COVID-19, including fever, cough, or difficulty breathing.
- For both self-quarantine and self-isolation:
  - Stay home.
  - You cannot go to public places even for essential reasons, including grocery stores.  Plan to have 14 days of food available or arrange to have it delivered to you.
  - Do not have visitors in your home.
  - Avoid contact with others, especially those who are at high risk of severe COVID-19 illness.
  - Keep a distance of at least 6 feet from other people.
  - If you are sick, wear a mask that covers your nose and mouth.
- During self-quarantine, you can have contact with other members of your household.
- During self-isolation, you should avoid having contact with other members of your household as much as possible.
- These are different from the Stay Healthy at Home Order.
  - This order allows you to go out for essential personal reasons.
  - If you are self-quarantining or self-isolating, you cannot leave your house for essential personal reasons.

## I recovered from COVID-19 and would like to donate plasma to help others who are sick.  How can I do this? (4/15)

- The American Red Cross is recruiting plasma donors who have recovered from COVID-19. Donors must:

12

EXHIBIT 5 TO KPR DEC.

- o Have recovered from confirmed (lab-tested) COVID-19.
- o Be 17 years of age or older.
- o Have been recovered (without symptoms) for at least 14 days.
- Anyone who meets these criteria can register at with the American Red Cross.

**Return to top**

## Epidemiology

### How is COVID-19 spread and acquired?

- The virus that causes COVID-19 can be transmitted from person-to-person.
  - o This is thought to occur when an infected person coughs or sneezes within 6 feet of an uninfected person and the uninfected person breathes in the virus.
- The best way to prevent infection is avoiding exposure to the virus by practicing prevention measures.

### Can a person spread the COVID-19 virus even if they have no symptoms? (4/1)

- It is possible that people infected with COVID-19 may be infectious before showing symptoms.
  - o More detailed studies are being done to determine whether people acquire COVID-19 from those without symptoms.
- People are thought to be most contagious when they are most symptomatic/the sickest.
- Maine CDC recommends that only people who are showing symptoms be tested for COVID-19.

### How efficient is the spread of COVID-19? (3/31)

- Initial data suggest that each person with COVID-19 may infect up to two or three additional people if no prevention measures are used.
- Some spread might be possible before people show symptoms.
- Person-to-person infection with COVID-19 usually happens after close contact with an infected person.
  - o Close contact is defined as being within 6 feet of an infected person for 30 minutes or more.

### Can the COVID-19 virus be spread from contaminated surfaces? (3/31)

- The COVID-19 virus can be acquired from contaminated surfaces, but this is not the primary way the virus spreads.
  - o This happens when an infected person coughs or sneezes and droplets land on surfaces.  A person can become infected by touching the contaminated surface and then touching the eyes, nose, or mouth.
- Clean and disinfect frequently touched objects and surfaces.
- Most often, spread of the virus happens among close contacts through respiratory droplets.  Practice general prevention measures.

### Can the COVID-19 virus be spread in the air or only by droplets? (3/31)

- People mainly acquire COVID-19 by respiratory droplets from coughs or sneezes.
  - o Experts believe that COVID-19 does not spread via the airborne route.
- There are important differences between droplet and airborne transmission.
  - o Droplets are larger and heavier than airborne particles and settle faster.
- Only a limited number of diseases are capable of airborne transmission, like measles and tuberculosis.

### How infectious is the virus that causes COVID-19? (3/31)

- The virus that causes COVID-19 spreads similarly to viruses that cause the common cold.
- How easily the virus spreads from person-to-person appears highly variable.
- Much is still unknown about the spread of the virus that causes COVID-19.

### Can someone who has recovered from COVID-19 spread the illness to others?

- Someone who is actively sick with COVID-19 can spread the illness to others.

13

EXHIBIT 5 TO KPR DEC.

- Once a person with COVID-19 has been released from isolation and is no longer showing symptoms without the aid of medication (fever-reducers, cough suppressants), they are no longer considered able to spread the COVID-19 virus.

### What is community spread?
- Community spread means people have been infected with the virus in an area, including some who are not sure how or where they became infected.

### Am I at risk for COVID-19 infection in Maine? (3/17)
- Visit the Maine CDC Coronavirus website for updated information on cases in Maine.
- Elevated risk: People in places with ongoing community spread of the virus, healthcare workers, close contacts caring for COVID-19 cases, and travelers returning from affected international locations.

### What information will Maine CDC release about any confirmed cases? (3/18)
- Maine CDC will release the following information: gender, age range, county of residence, and test status.
- Maine CDC will not release additional personal information about confirmed cases.
- Maine CDC conducts investigations for all confirmed cases.  Any potential contacts will be contacted.
- Press releases and information about cases are located on Maine CDC's website.
- The recommendations for the public do not change based on personal details of confirmed cases. Continue to follow proper precautions.

### Will Maine CDC release the towns/cities where confirmed cases are located? (3/24)
- No, Maine CDC will not provide this level of information.
- All people in Maine should be practicing general respiratory prevention measures as if COVID-19 is in their town, according to Maine CDC Director Shah.

### What about people from out of state who test positive?  Where are their results reported? (3/31)
- Out-of-state travelers who test positive in Maine are reported by the state of their primary residence.  This is to ensure an accurate national tally of COVID-19 cases under guidance from US CDC.
- Patients may continue to receive treatment in the state where they are tested.

**Return to top**

## Medical Information and Testing
### What are the signs/symptoms of COVID-19 and when do they appear? (4/28)
- People with these symptoms or combinations of symptoms may have COVID-19
  - Cough.
  - Shortness of breath or difficulty breathing.
  - Or at least two of these symptoms:
    - Fever.
    - Chills.
    - Repeated shaking with chills.
    - Muscle pain.
    - Headache.
    - Sore throat.
    - New loss of taste or smell.

14

EXHIBIT 5 TO KPR DEC.

- Seek medical attention immediately if you experience any of these emergency warning signs for COVID-19:
  - Trouble breathing.
  - Persistent pain or pressure in the chest.
  - New confusion or inability to arouse.
  - Bluish lips or face.
- Symptoms may appear 2-14 days after exposure to the virus.

## Who is at higher risk for serious illness from COVID-19?
- Older adults and people who have serious chronic medical conditions are at higher risk for serious illness.
- Serious chronic medical conditions include: **heart disease, diabetes, and lung disease.**

## What should people at higher risk of serious illness with COVID-19 do? (3/13)
- If you are at a higher risk of getting very sick from COVID-19, you should:
  - Stock up on supplies, including daily medications.
  - Take everyday precautions to keep space between yourself and others.
  - When out in public, keep away from others who are sick.
  - Limit close contact with others.
  - Wash your hands often.
  - Avoid crowds
  - Practice social distancing.
- If there is an outbreak in your community, stay home as much as possible.
- Watch for symptoms.  If you get sick, stay home and call your doctor.
- Visit U.S. CDC's page for People at Risk for Serious Illness from COVID-19 for more information.

## Who can be tested (PCR, antibody, or rapid test) for COVID-19 and where? (3/20)
- Work with your healthcare provider to find your nearest testing location.
- Decisions to test are left up to the clinical judgement of your healthcare provider.
- Testing prioritization at HETL (the state lab):
  - Maine's Health and Environmental Testing Laboratory (HETL) is prioritizing testing to high risk individuals to preserve testing supplies during a national supply shortage.
  - Individuals being tested must be symptomatic (fever or respiratory symptoms) **AND** fall into one of these high-risk categories:
    - Hospitalized patients.
    - Health care workers.
    - First responders (EMS, Police, Fire, etc.).
    - Those living in congregate settings (e.g. long-term care facilities, group homes, assisted living facilities, jails, shelters).
    - Patients older than 60 years.
    - Patients with underlying medical conditions.
  - If symptoms are consistent with COVID-19 but do not fall into high risk category, patient should be evaluated and isolated at home.  Testing is not recommended.
  - Samples received at HETL for those not meeting high-risk criteria may be saved but later testing cannot be guaranteed.
  - Samples submitted from asymptomatic individuals will be rejected.
- Testing of patients who do not meet high-risk criteria for testing at HETL can be tested at other commercial laboratories.

## I was tested for COVID-19. How long will my results take? How can I find results?  (3/24)
- Contact the healthcare provider that tested you for a timeframe and for results.
- Maine CDC does not provide test results to individuals.

15

EXHIBIT 5 TO KPR DEC.

## My healthcare provider is not able to test me for COVID-19.  What should I do? (3/12)

- If your symptoms are mild and do not require a visit to your healthcare provider, you should self-isolate at home.
- If your symptoms are serious enough to require a visit to your healthcare provider, call ahead **BEFORE** you leave for your healthcare provider's office.
  - ○ IF your provider is not able to test you, ask if they can facilitate testing at another location.
  - ○ Always call ahead **BEFORE** arriving at a new healthcare provider's location.

## What should I do if I don't have a Primary Care Provider (PCP)? (3/15)

- If you are sick or would like to be tested for COVID-19 but do not have a PCP, you can visit an urgent care or walk-in facility for care and testing. Always call **BEFORE** you arrive to let them know you are coming.
- The Emergency Department should be reserved for patients whose symptoms require emergency care.
- Always call a healthcare facility **BEFORE** going inside to let them know you are sick.

## What should I do if I am under-insured? If I do not have insurance? (3/18)

- On March 12, 2020, Maine Governor Janet Mills declared an Insurance Emergency.  This requires all private insurers in Maine to cover the costs of coronavirus testing, as well as associated costs, including healthcare visits and copays.
- Anyone uninsured in Maine can review this guidance to access COVID-19 testing and care.

## Does COVID-19 affect children and adults differently?

- Older adults and people with underlying or chronic health conditions are at greatest risk.
- Youth appears to offer some protection from severe COVID-19 illness.
- All age groups can help slow the spread of COVID-19 by practicing general prevention measures.
- Find the latest information on the risk of COVID-19 for children here.

## Does COVID-19 affect pregnant women?

- Initial studies indicate COVID-19 does not pass to a fetus during late pregnancy or cause severe health outcomes in a newborn.
- Information is very limited. Find the latest information on the risk of COVID-19 for pregnant women and infants, as well as recommendations for breastfeeding on US CDC's Pregnancy and Breastfeeding site.

## What is the medical treatment for people affected by COVID-19?

- There are currently no approved treatments for COVID-19 besides supportive care.
- Supportive care means that the symptoms of disease are treated, rather than the cause of the disease.

## How can a person be released from isolation at home? (3/20)

- For individuals who have tested positive for COVID-19:
  - ○ Self-isolate until:
    - ▪ At least 10 days have passed since symptoms first appeared (5/6), **AND**
    - ▪ At least 3 days (72 hrs) have passed since recovery (no fever without the use of fever-reducing medications) **and** respiratory symptoms have improved.
  - ○ All close contacts without symptoms of a person who has tested positive for COVID-19 should stay home (self-quarantine) for 14 days from the time of their last exposure.
- For individuals with symptoms compatible with COVID-19 who are not tested, or who are awaiting test results:
  - ○ Self-isolate until:
    - ▪ At least 10 days have passed since symptoms first appeared (5/6), **AND**
    - ▪ At least 3 days (72 hours) have passed since recovery (no fever without the use of fever-reducing medications) **and** improvement in respiratory symptoms).
  - ○ There are no recommendations at this time for close contacts of an individual that has been asked to self-isolate but has not been tested. Any close contacts who become sick should self-isolate and follow this same guidance.

16

EXHIBIT 5 TO KPR DEC.

- Specific criteria are available for healthcare workers with confirmed or suspected COVID-19 for release from isolation.

## I was released from isolation, but my symptoms came back again.  What should I do? (4/8)

- Maine CDC is now aware that some people who have met the criteria to be released from isolation may develop symptoms again after release.
- If this happens to you, please isolate yourself again until 24 hours after your symptoms have resolved again, without the use of any fever-reducing or cough-suppressing medication.
- Maine CDC does not recommend additional testing.  The testing methods available would not provide any useful information about your infection status.

## How is COVID-19 different from the flu and common cold? (3/31)

- Some of the symptoms of COVID-19 are similar to influenza.
- Most coronavirus infections cause very similar types of respiratory illness. In some mild cases, COVID-19 may cause runny nose, cough, sore throat, and fever.
- Confirmed COVID-19 illness has ranged from mild symptoms to severe illness and death.

## If one of my employees tested positive for COVID-19, do I need to report it to Maine CDC? (5/1)

- The places and people required to report any reportable disease, including COVID-19 are: health care providers, medical laboratories, health care facilities, administrators, health officers, and veterinarians.
- Any other employer or entity is not required to notify Maine CDC if an employee tests positive.  The testing laboratory and health care provider are required to report this.

## If one of my employees tested positive for COVID-19, should I notify all of the rest of my employees? (5/1)

- A Maine CDC investigator will contact the employer of anyone who tests positive for COVID-19.
- All close contacts of the positive employee will need to be notified.
- An employer is not required to notify any other employees that are not close cotnacts, but may do so if they choose.
  - If an employer decides to notify other employees that a fellow employee tested positive, the employer must keep the identity of the positive person private, following HIPAA laws.

## Return to top

# Daily Life and COVID-19

## What guidance is available for dental offices during the COVID-19 response? (4/29)

- Guidance is available from US CDC.

## I need help with rent assistance/evictions due to COVID-19.  Who can I contact? (4/19)

- The COVID-19 Rent Relief Program issues a one-time payment of up to $500 in rental assistance directly to landlords for households that meet certain ability to pay requirements.  The landlord agrees not to evict the tenant for nonpayment for the month the payment was issued.
  - Visit www.mainehousing.org/covidrent for more information and application materials.
- Please contact the Maine State Housing Authority for assistance at 207-626-4600.

EXHIBIT 5 TO KPR DEC.

### Should I be worried about getting evicted if I cannot pay my rent due to COVID-19? (4/19)

- On March 18, 2020 the Maine Supreme Judicial Court issued an order that permitted filing in eviction but prohibited the action until May 1st, unless the case presented a severe emergency. Only evictions authorized before March 18th are permitted to proceed.
- On April 16th, Governor Mills issued an executive order that prevented eviction orders authorized before March 18th that have not been issued yet from being issued during the state of emergency.
- Enforcement actions can be taken against landlords attempting to unlawfully evict tenants, such as by turning off utilities.
- Governor Mills' executive order also protects tenants who are considered "at will" (do not have a legal agreement with their landlord) and cannot make rent payments because of COVID-19, by requiring a landlord to provide at least 60 days' notice to a tenant to leave, instead of 30 days. This also extends an eviction notice timeframe from 7 to 30 days.
- The Governor's order does not prevent a tenant from being evicted if they pose a substantial risk to another person, immediate and severe risk to property, or a violation of health, sanitation, fire, housing, or safety laws.
- The Governors order does not relieve any tenant of their obligation to pay rent.

### Where can I find information on unemployment insurance and unemployment benefits? (3/26)

- Visit the Maine Department of Labor COVID-19 Site for more information.

### Where can I find information on services offered through the Maine Department of Health and Human Services? (3/26)

- Programs include Temporary Assistance for Needy Families, Food Supplement Benefits, Health Care Assistance, Emergency Assistance, Child Care Subsidy, and General Assistance.
- Find information here.
- Apply for benefits online.

### Where can I find information about paid sick leave or expanded family and medical leave during the COVID-19 outbreak? (4/1)

- The Families First Coronavirus Response Act requires certain employers to provide their employees with paid sick leave or expanded family and medical leave for specified reasons related to COVID-19.
  - These provisions apply from April 1 through December 31, 2020.
- A summary of employee rights under the Families First Coronavirus Response Act can be found here.

### I am a farmer/food producer.  Where can I look for assistance during the COVID response? (4/1)

- Information is changing rapidly.  Please visit the Maine Department of Agriculture, Conservation, and Forestry's COVID-19 website under the Financial Resources for Farmers and Producers heading for the most up-to-date information on programs that are available.

### I am a farmer/food producer.  What do I need to know about the Maine COVID-19 response? (4/1)

- Maine Department of Agriculture, Conservation, and Forestry (Maine DACF) has published interim guidance for those who work in agriculture, horticulture, animal care, and pesticide application.
- Farmer's markets, farm stands and community supported agriculture (CSA) are direct-to-consumer outlets that are considered essential services, along with other agricultural and grocery services.
  - Recommendations for social distancing have been issued by MDACF for these direct-to-consumer outlets.

### Where can I find information on Local Food and Food Assistance? (4/1)

- Visit the Maine Department of Agriculture, Conservation, and Forestry's website under the Find Local Food and Food Assistance for more information on food assistance programs.

EXHIBIT 5 TO KPR DEC.

## I have split custody of my child/children.  Should they continue to go to their other parent's house as stipulated in a custody agreement? (4/1)

- It is considered to be essential that co-parents comply with custody agreements.  If all parties abide by physical distancing guidelines, shared custody of children can continue.

## Can pets and livestock be infected with the COVID-19 virus? (4/28)

- It is very rare, but possible for animals to become infected with the COVID-19 virus.
  - These animals are believed to be infected by people.
- The risk of animals spreading COVID-19 to people is considered low.
- This is why it is very important to protect your pets by limiting contact with them if you are sick with suspected or confirmed COVID-19.  If possible, have another member of your household care for your animals while you are sick.
  - Your pets should be included in your family's preparedness planning efforts. This includes a 2-week supply of pet food and pet medicines available.
    - Visit U.S. CDC's Pet Disaster Preparedness Kit site for more information.
- Maine CDC and Department of Agriculture, Conservation, and Forestry currently do not recommend testing animals that don't have symptoms for COVID-19.
  - Any testing of animals will be limited and only on recommendation of the state veterinarian, state epidemiologist, and National Veterinary Services Laboratory.
- Guidance is available from the American Veterinary Medical Association for the intake of companion animals from households where humans with COVID-19 are present.
  - It is recommended that a pet exposed to a person with suspected or confirmed COVID-19 stay in that household, rather than being transferred to another household or facility for care.
- US CDC issued infection prevention and control guidance for Veterinary Clinics here.

## Can you get COVID-19 from mail packages that arrive from affected areas? (3/31)

- No cases of COVID-19 have been reported from packages or imported goods.
- Coronaviruses may persist on surfaces for a few hours or up to several days, depending on the surface type and environmental conditions.
- The risk of catching COVID-19 from a package that has been moved, travelled, and exposed to different conditions and temperatures is believed to be low.
- The likelihood of a person with COVID-19 contaminating commercial goods is believed to be low.
- Wash your hands for 20 seconds with soap and water after bringing in packages, or after trips to the grocery store or other places where you may have come into contact with infected surfaces.

## How should I cope with stress during a COVID-19 outbreak in my community? (4/22)

- An outbreak of COVID-19 in your community may be very stressful.
- Visit US CDC's Stress and Coping During COVID-19 site for ways you can support yourself during an outbreak.
- A Frontline Warm Line is available for first responders, health care workers, those in law enforcement, and anyone else who is involved in the direct response to COVID-19.
  - Call 207-221-8196 or 866-367-4440 to connect with someone for support services.
  - Volunteers staffing the Warm Line include licensed psychiatrists, psychologists, therapists, social workers, and nurse practitioners.

## Am I at risk if I go to a funeral or visitation service for someone who died of COVID-19? (3/12)

- There is currently no known risk associated with being in the same room at a funeral or visitation service with the body of someone who died of COVID-19.

## Am I at risk if I touch someone who died of COVID-19 after they have passed away? (3/12)

- Since we are still learning how the virus spreads, people should consider not touching the body of someone who has died of COVID-19.

19

EXHIBIT 5 TO KPR DEC.

- Activities such as kissing, washing, and shrouding should be avoided before, during, and after the body has been prepared.
    - If these actions are important religious or cultural practices, wear appropriate personal protection equipment (PPE) while working with the deceased.  Funeral homes can help with this guidance.

## What do funeral home workers need to know about handling people who have died of COVID-19? (3/12)

- Funeral home workers should follow their routine infection prevention and control precautions.  Embalming can be conducted following standard precautions.  Follow local ordinances for burial or cremation of remains involved in an infectious disease outbreak.

## My family member died from COVID-19 while overseas.  What should I do? (3/12)

- If you are overseas, contact the nearest US embassy or consulate.
- If you are in a different country from the deceased person, call the Department of State's Office of Overseas Citizens Services, open Monday through Friday, 8 AM to 5 PM EST at 888-407-4747 (toll-free) or 202-501-4444.

## Can the COVID-19 virus be passed through water?  Should wastewater treatment workers be worried?(3/15)

- No. Conventional water treatment methods should remove or inactivate the virus that causes COVID-19.
- Visit US CDC's Water Transmission and COVID-19 page for more information.

## Where can I find resources for children during the COVID-19 response? (3/26)

- Visit the Maine Department of Education COVID-19 resources page.

## What is happening with federal and state income tax deadlines? (3/31)

- Both the federal and state income tax payment deadline have been extended to July 15, 2020.
    - This includes any final and estimated Maine income tax payments due by April 15, 2020.  Any failure-to-pay penalties and interest will be abated for the period of April 16, 2020 through July 15, 2020. More information can be found here.

## I work for a community or religious organization.  How can we respond to COVID-19? (3/12)

- Guidance for responding to COVID-19 before, during, and after an outbreak occurs, as well as recommendations for cleaning facilities can be found on US CDC's website.

## I work for an organization that serves homeless populations.  How can we respond to COVID-19? (3/12)

- Guidance for responding to COVID-19 before, during, and after an outbreak occurs, as well as recommendations for cleaning facilities can be found on US CDC's website.

**Return to top**

## Travel and COVID-19

### Should I be concerned about travel within the US?

- Governor Mills recommends that people stay in place if possible, rather than traveling.
- Traveling increases your chances of getting COVID-19.
- If you must travel, practice general prevention measures.
- Consider these questions before travel within the US:
    - Is COVID-19 spreading where you're going?
    - Will you or your travel companions be in close contact with others during your trip?
    - Are you or your travel companions at higher risk of severe illness if you do get COVID-19?

20

EXHIBIT 5 TO KPR DEC.

- o Do you have a plan for taking time off from work or school, in case you get exposed to, or are sick with, COVID-19?
  - o Do you live with someone who is older or has a severe chronic health condition?
  - o Is COVID-19 spreading where you live?
- The situation is rapidly evolving. For the most up-to-date travel information, visit U.S. CDC's travel health notices page.

## Am I at risk of getting COVID-19 on an airplane?
- Most viruses and other germs do not spread easily on airplanes because of how air circulates and is filtered.
- Although risk of infection on an airplane is low, travelers should practice general respiratory prevention measures.

## How are travelers being screened when they enter the U.S.?
- Visit US CDC's Travel page for the latest updates on screening and prohibitions for entry to the US.

## What are quarantine recommendations for people returning from domestic travel (within the United States), including healthcare workers? (4/29)
- It is **mandated** that all out-of-state travelers coming into Maine and Maine residents returning to Maine quarantine for 14 days.
- To self-quarantine follow these precautions:
  - o Stay at home for 14 days.
  - o Monitor for fever (take temperature two times per day), cough, or trouble breathing.
  - o Practice social distancing.  Stay home (do not go to work or school), do not take public transportation or ride-shares, avoid crowded places, keep distance from others (about 6 feet).
  - o You cannot go to public places including grocery stores or other essential personal reasons, except to seek emergency medical care.  Plan to bring food for 14 days with you or arrange to have it delivered.
  - • Healthcare workers are exempt from the quarantine, only to go to work if they are asymptomatic. Healthcare workers still need to follow the quarantine order when not at work. (5/6)
  - • If someone coming in from out-of-state is not staying for the full 14 days, then they still need to follow the quarantine order while in Maine. (5/6)

## I live in Maine but must cross the state border for work.  Do I have to quarantine? (4/1)

- There is no order to quarantine for people who make short trips back and forth across the border for work.
  - o Travel should be limited to essential trips.
- This is not the same as travel to visit Maine or return from a long-term winter stay in another state, which does require a quarantine upon arrival.

## I have to go to a medical appointment out of state.  Do I have to quarantine upon return? (5/8)

- If you go directly to the medical appointment and back to Maine, you are not required to quarantine under the Executive Order.
- If you go anywhere else while out of state you will need to quarantine upon your return to Maine for 14 days.

## Should Maine be banning out-of-state travelers from coming into the state? (4/29)
- It is **mandated** that all out-of-state travelers coming into Maine, as well as Maine residents returning to Maine, complete a 14-day quarantine upon arrival.
- This means:
  - o You need to arrive with enough food for 14 days or arrange to have food delivered to you. You cannot go out to grocery stores.

EXHIBIT 5 TO KPR DEC.

- o   Stay at home. You cannot go out to public places.
- o   Avoid contact with others, especially those who are at high risk of severe COVID-19 illness.
- o   Keep a distance of at least 6 feet from other people.
- o   If you are sick, wear a mask that covers your nose and mouth.
- Visitors should not travel to Maine if they are displaying symptoms of COVID-19.
  - o   Travelers should not travel to Maine if they are coming from cities or regions identified as COVID-19 hot spots.
  - o   Individuals who are entering the state to provide essential services are exempt.
- There is little data to indicate that asymptomatic residents of areas with high case counts are more or less likely to infect others with the virus than asymptomatic residents of areas with low case counts.
  - o   Stay home.
  - o   Limit the number of visitors in your home.
  - o   Avoid contact with others, especially those who are at high risk of severe COVID-19 illness.
  - o   Keep a distance of at least 6 feet from other people.
  - o   If you are sick, wear a mask that covers your nose and mouth.

**Return to top**

22

EXHIBIT 5 TO KPR DEC.