UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BAYLEY'S CAMPGROUND, INC, d/b/a BAYLEY'S CAMPING RESORT, *et al.*, <br><br> Plaintiff <br><br> v. <br><br> JANET MILLS, in her official capacity as the Governor of the State of Maine, <br><br> Defendant. | CIVIL ACTION NO.: 2:20-cv-00176-LEW |

## DECLARATION OF NIRAV DINESH SHAH, M.D., J.D.

I, Nirav Dinesh Shah, hereby declare as follows:

1. My name is Nirav Dinesh Shah. I am the Director of the Maine Center for Disease Control and Prevention ("Maine CDC").

2. I hold a medical degree (MD) and a law degree (JD), both from The University of Chicago.

3. I previously served as the Director of the Illinois Department of Public Health from January 2015-February 2019.

4. I have served as Director of the Maine CDC since June 2019.

5. My professional experience includes having worked on the public health response to large, multi-country outbreaks.

6. I previously worked for the National Institute for Public Health of the Ministry of Health for the country of Cambodia. There, I was part of a large team that managed the country of Cambodia's response to the outbreak of Severe Acute Respiratory Syndrome (SARS) in 2002.

7.  I have also been part of epidemiological investigation teams that have responded to outbreaks of dengue fever, falciparum-resistant malaria, multi-drug-resistant tuberculosis, and HIV, among others.

8.  During my time as Director of the Illinois Department of Public Health, I led the State of Illinois's response to large international outbreaks such as Zika virus, among others. I have also taught classes in mathematical epidemiology and public health at The University of Chicago Pritzker School of Medicine.

9.  The 2019 Novel Coronavirus (COVID-19) is a respiratory illness caused by a coronavirus, known as SARS-CoV-2. The COVID-19 outbreak was first identified in January 2020 in Wuhan City, China and has since spread to 188 countries.

10. On January 31, 2020, the United States Department of Health and Human Services determined that as of January 27, 2020, the COVID-19 virus constituted a nationwide public health emergency. On March 11, 2020, the World Health Organization declared the COVID-19 virus to be a global pandemic.

11. There are approximately 5.3 million confirmed cases of COVID-19 worldwide, with nearly one-third of those cases (approximately 1.6 million) in the United States. There have been approximately 345,000 deaths worldwide, and approximately 98,000 deaths in the United States.

12. As of 11:00 a.m. on May 25, 2020, there have been 2,074 total confirmed cases of COVID-19 in Maine, including 78 deaths.

13. The virus that causes COVID-19 appears to spread in similar ways to influenza and the common cold. This may include spreading through: 1) respiratory droplets produced when an infected person coughs, sneezes, or talks; 2) close personal contact, such as touching or

shaking hands; and 3) touching an object or surface with the virus on it, then touching one's mouth, nose, or eyes.

14. The virus can travel up to 6 feet through the air, and can live on surfaces, such as copper, for up to 4 hours, and on cardboard for up to 24 hours.

15. The COVID-19 virus has a long incubation period of up to 14 days and a person can be infected and spread the virus during that entire time period without noticing any symptoms.

16. This possibility of what is known as "asymptomatic transmission" makes control of COVID-19 challenging, because individuals may transmit the disease before knowing they may have it.

17. According to a recent analysis by the United States Centers for Disease Control and Prevention, approximately 40% of all COVID-19 transmission can occur while individuals are asymptomatic and approximately 35% of all COVID-19 patients do not have symptoms at all.

18. The COVID-19 virus is spreading very easily and sustainably between people, and current information suggests that the virus is spreading more rapidly than influenza.

19. There is currently no vaccine for COVID-19, and it may be at least one year before a vaccine can be developed, and even longer until when it will become widely available.

20. Medical researchers have thus far only identified one drug efficacious in the treatment of COVID-19, remdesivir. That drug has not received full US Food & Drug Administration (FDA) approval; rather, it has received an Emergency Use Authorization. Remdesivir does not appear to reduce mortality in a statistically significant manner. It reduces the length of hospitalization for severely ill patients by approximately 4 days.

21. Remdesivir is in very short supply and what supplies are available are distributed via the Federal government to states on a limited basis.

22. In the absence of a vaccine or widespread treatment, the most effective method of controlling the virus is to practice "social distancing," also referred to as "physical distancing." The means keeping appropriate space between oneself and others.

23. Beginning in early 2020, Maine CDC staff began preparing for the possibility that COVID-19 could spread from China to the United States and into Maine. Maine CDC staff and I consulted and conferred extensively with infectious disease and public health experts from across the country as part of our preparation.

24. I have consulted closely with Maine's Governor and members of her administration in developing strategies to slow the spread of the COVID-19 virus, avoid overwhelming our health care system, and protect the public health to the greatest extent possible during this unprecedented public health emergency.

25. A critical strategy in combatting the COVID-19 virus is to slow its spread by limiting the extent to which persons come in contact with one another. Through a series of Executive Orders, the Governor has implemented this strategy by, among other things, restricting the operations of restaurants, retail stores, and other businesses, prohibiting gatherings of more than ten people, requiring residents to stay at home except to conduct certain specified activities, ending in-classroom instruction for public schools, and closing certain state parks. Collectively, these public health policies reduce the spread of COVID-19 across a population.

26. Maine CDC has also worked to increase the surge capacity of the health care system to accommodate additional individuals with COVID-19 who require hospitalization.

27. To further implement these strategies, the Governor, on April 3, issued Executive Order 34 FY 19/20, "An Order Establishing Quarantine Restrictions on Travelers Arriving in Maine." The Order requires all persons entering Maine, residents and non-residents alike, to immediately self-quarantine for 14 days, except for persons engaging in certain "essential services."

28. The Governor's Office consulted with me in developing this Order, and I gave her advice based on all medical and scientific information that was then available regarding the COVID-19 virus. I continue to advise the Governor based on all medical and scientific information that becomes available regarding the COVID-19 virus.

29. Fourteen days was selected as the quarantine period because fourteen days is understood to be the average incubation period for the COVID-19 virus. A person can be infected with the COVID-19 virus for up to fourteen days and not exhibit any symptoms. If a person is not exhibiting any symptoms fourteen days after entering the state, it is unlikely that he or she was infected with the virus at the time of entry.

30. The quarantine requirement is intended to both reduce the spread of the COVID-19 virus in Maine and reduce and/or prevent an undue strain on Maine's health care system.

31. We were approaching the spring and summer seasons which, as discussed below, typically sees a massive influx of persons from other states—both temporary visitors and spring and summer residents. The quarantine requirement is intended to reduce the risk posed by such a large number of people entering Maine in a short period of time. It does this by ensuring that, before individuals who have entered the state come into contact with others, they quarantine and wait for symptoms to develop (if any). The absence of developing

symptoms consistent with COVID-19 greatly reduces the likelihood that an individual has been infected with COVID-19.

32. Moreover, at the time the quarantine requirement was issued, and continuing to this day, nearby states, including Massachusetts and New York, had much higher infection rates than Maine's. Our concern was that people in those states would travel to Maine and unknowingly infect people here, thus further increasing the spread of the virus and the number of COVID-19 cases in Maine. Under that scenario, the capacity of Maine's existing health care system to provide care for individual patients could potentially be exceeded.

33. It was understood that the purpose of the quarantine requirement was not to keep COVID-19 out of Maine or eliminate its spread. Indeed, at the time the quarantine rule was implemented, the virus was already present in Maine. Further, there is an exception in the quarantine rule for persons coming into Maine to perform essential services, and we recognized that some of those people could be carrying the virus. Rather, the purpose of the quarantine requirement was to reduce additional introductions of the virus into Maine, limit new avenues of transmission, and slow the overall spread of the disease.

34. We determined that the risk from the people who would be exempt from the quarantine rule because they were performing essential services was relatively small. On the other hand, the risk from the people who, in the absence of a quarantine rule, would enter the state (both temporary visitors and spring and summer residents) was significantly larger.

35. It is my understanding, based on information provided by the Maine Department of Economic and Community Development, that there were more than 36.4 million out-of-state visits in 2019, with 22.1 million visits taking place in the summer.

36. By contrast, Maine has a year-round population of just 1.3 million, and a health-care system designed to serve that population. Of note, Maine has only 391 critical care hospital beds, 165 of which are currently available. Maine has a total of 318 conventional ventilators, 242 of which are currently unused. And Maine has 439 alternative ventilators available. Alternative ventilators are breathing machines that may have otherwise been used in an operating room and now, because of COVID-19, may be used to provide life-sustaining ventilation to patients in intensive care units.

37. The State of Maine is not attempting to prevent travel to Maine from persons currently out of state. Rather, our intent is to reduce the likelihood that any person who enters the state, whether a Maine resident or not, could potentially transmit COVID-19 to others. We minimize the risk from those persons by ensuring that the vast majority of persons who do enter the state do not interact in the community until it is more certain that they were not carrying the COVID-19 virus at the time of their arrival. Self-quarantine both controls the spread of the virus and reduces the possibility that Maine's health care system will be over-taxed by a sudden flood of new cases.

38. We carefully considered alternatives to the 14-day quarantine requirement. A requirement that people not enter the state if they are exhibiting symptoms consistent with COVID-19 would not be effective because, as discussed above, individuals can be infected with the virus for up to 14 days before exhibiting symptoms.

39. We also considered whether to prohibit only those persons who have been exposed to the COVID-19 virus or to prohibit only those who have been in close contact with infected individuals. But this approach is not scientifically sound. Simply stated, while a person might know that he was exposed, it would be virtually impossible for a person to know

definitively that he was <u>not</u> exposed. Individuals can be carriers and transmitters of COVID-19 long before they are symptomatic, so an individual can expose many people to the virus before he is aware that he is carrying it. In addition, a large percentage of transmission is thought to occur before an individual develops symptoms. Those the individual came in contact would have no way knowing of the potential exposure.

40. At the time that we implemented the 14-day quarantine requirement, we were not confident that some sort of health screening would be effective. For example, a temperature reading could potentially be used to determine whether a person has the COVID-19 virus. But people can be asymptomatic for 14 days, and thus may not have an elevated temperature despite being infected. Also, people can have elevated temperatures for a host of reasons other than being infected with the COVID-19 virus, so using temperature readings would screen out many people who are not, in fact, carrying the virus.

41. There are tests that can be used to detect the presence of the COVID-19 virus in an individual. At the time we imposed the 14-day quarantine requirement, however, there was an inadequate national supply of the test kits needed to perform that test. While the supply of test kits has been increasing, there are still not sufficient quantities to test all of the millions of persons seeking to enter the state. There are also laboratory tests that can look for the presence of antibodies, which signify a possible prior infection with COVID-19. However, there is significant scientific uncertainty about the accuracy of antibody-based tests, as well as questions about their interpretation. As the supply of test kits increases, and we obtain better information about the interpretation of antibody tests, we will continue to evaluate the use of the tests as a substitute for, or an addition to, the existing

quarantine requirement. For example, a shorter quarantine period might be acceptable depending on the supply of test kits and accuracy of testing results.

42. In the future, it might be possible to exempt from the 14-day self-quarantine requirement those individuals who can document that they have already had, and recovered from, COVID-19. At the present time, however, the notion of such "immunity passports" is not scientifically sound or accepted. There continues to be significant scientific uncertainty about whether individuals who have previously been infected with COVID-19 develop sufficient immunity to prevent them from transmitting the virus.

43. We recognize that there will be instances in which the 14-day quarantine rule might not be strictly or ultimately necessary. However, as a matter of public health policy, it is impossible to craft a rule that can account for every unique situation that might arise. Our goal was to develop a rule that would account for the vast majority of risk from travel into the state: the influx of risk from spring and summer visitors or other persons coming here from areas with higher infection rates or for recreational and tourism purposes.

44. We are continuing to evaluate ways in which the 14-day quarantine requirement could be eased or eliminated, and it may well be that in the future we will be making appropriate modifications. At present, however, and erring on the side of caution, as is appropriate when confronting an unprecedented public health emergency like the COVID-19 pandemic, the 14-day quarantine requirement is the best way to adequately protect the public health while still ensuring that certain essential services and operations can continue.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2020                               /s/ Nirav Dinesh Shah
                                                  Nirav Dinesh Shah, M.D., J.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 25th day of May, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

GENE R. LIBBY
glibby@lokllc.com

KEITH P. RICHARD
krichard@lokllc.com

TYLER J. SMITH
tsmith@lokllc.com

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Deputy Attorney General
Six State House Station
Augusta, Maine  04333-0006
Tel.  (207) 626-8800
Fax (207) 287-3145