United States District Court
District of Maine

| | |
|---|---|
| Bayley's Campground, Inc., d/b/a Bayley's Camping Resort, et al., <br><br> Plaintiffs <br><br> v. <br><br> Janet T. Mills, in her official capacity as the Governor of the State of Maine <br><br> Defendants | Civil Action No.   2:20-cv-176-LEW |

**Unopposed Motion for Enlargement of Page Limitation**

NOW COME the Plaintiffs, and respectfully request that the Court enlarge the page limit for their reply memorandum in support of their Motion for Expedited Preliminary Injunction from seven (7) to ten (10) pages as follows:

1. The pending motion involves significant and novel questions of constitutional law, including identifying appropriate level of scrutiny to be applied to the challenged executive orders, applying that level of scrutiny to the facts of the case, and determining the extent which the Plaintiffs' constitutional right to travel and due process are implicated by the executive orders.

2. In consideration of the above, Plaintiffs require an additional 3-pages to address and respond to the arguments advanced in the Defendant's opposition.

3. Counsel for Defendant has no objection to this request.

WHEREFORE, Plaintiffs request that the page limit for their reply memorandum be enlarged from 7 to 10 pages.

                                                   Plaintiffs,
                                                   By their attorneys,

Dated: May 26, 2020                           /s/ Tyler J. Smith
                                                   Gene R. Libby, ME Bar # 427
                                                   Tyler J. Smith, ME Bar # 4526
                                                 Keith P. Richard, ME Bar # 5556
                                               Libby O'Brien Kingsley & Champion, LLC
                                                 62 Portland Road, Suite 17
                                                 Kennebunk, ME 04043
                                                 Tel: (207) 985-1815
                                                 glibby@lokllc.com
                                                 tsmith@lokllc.com
                                                 krichard@lokllc.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel who have appeared in this action via the Court's CM/ECF system.

Dated: May 26, 2020                           /s/ Tyler J. Smith
                                                 Tyler J. Smith, Esq., Bar No. 4526