# United States Court of Appeals
## For the First Circuit

No. 20-1559

BAYLEY'S CAMPGROUND, INC., d/b/a Bayley's Camping Resort;
FKT RESORT MANAGEMENT, LLC; FKT BAYLEY LIMITED PARTNERSHIP;
CURTIS BONNELL, DOLORES HUMISTON, and JAMES BOISVERT,

Plaintiffs, Appellants

v.

JANET T. MILLS, in her official capacity as the Governor of the State of Maine,

Defendant, Appellee.

**JUDGMENT**

Entered: January 19, 2021

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the preliminary injunction is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Gene R. Libby, Tyler Justin Smith, Christopher C. Taub, Kimberly Leehaug Patwardhan, Julia M. Lipez